IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
EASTERN DIVISION

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | 2006 OCT -5 ⁀ 4: 13 |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: 3:06-CV-901-WKW |
| | ) | |
| v. | ) | |
| | ) | **JURY DEMAND** |
| MIDWEST METAL PRODUCTS | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **COMPLAINT**

COMES NOW Simpson Ventures, Inc. (hereinafter "SIMPSON"), the Plaintiff herein, and by and through its undersigned attorneys, files this Complaint against the Defendant Mid-West Metal Products Company, Inc., (hereinafter referred to as "MID-WEST"), and in support thereof respectfully shows as follows:

## NATURE OF THE CASE

1.    Plaintiff Simpson seeks legal and equitable remedies for infringement of United States Design Patent No. 483,156 for a PET HOME (hereinafter the '156 patent) resulting from the actions and conduct of Defendant as set forth herein.

2.    This action arises under the patent laws of the United States, 35 U.S.C. § 1 et seq., and this Court has subject matter jurisdiction over all causes of action set forth herein under 28 U.S.C. §§ 1331, 1332, and 1338.

3.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 and § 1400.

PARTIES

4.      Plaintiff is an Alabama corporation (Subchapter S) having a regular and established place of business in Auburn, Alabama.

5.      Upon information and belief, Defendant MID-WEST is an Indiana corporation with offices located at 4211 E. Jackson St., Muncie, IN 47303. Upon information and belief, Defendant MID-WEST is doing business as Mid-West Homes For Pets.

FACTS

6.      Upon information and belief, Defendant is doing business in the United States including in the State of Alabama and within the judicial district of the United States District Court for the Middle District of Alabama.

7.      Upon information and belief, Defendant is offering to sell, making, selling, and/or importing pet homes into the United States, including selling through retail pet stores located in the United States, including a retail store known as the "For Paws Boutique" pet store located at 1747 Ogletree Road, Auburn, Alabama 36830.

8.      On December 2, 2003, United States Patent No. Des. 483,156, entitled "PET HOME" was duly and legally issued (hereinafter referred to as the '156 Patent), naming Jeffrey M. Simpson of Auburn, Alabama as inventor. A true and accurate copy of the '156 Patent is attached hereto as **Exhibit A**.

9.      Plaintiff Simpson Ventures, Inc. is the exclusive licensee under the '156 Patent and has the right to sue on the '156 Patent and collect damages. Plaintiff Simpson Ventures, Inc. has been (and is) selling a pet home under the exclusive license and under the "Mr. Herzher's" brand name.

2

10.    Upon information and belief, Defendant has been and is currently making, using, offering for sale, selling and/or importing pet homes that infringe the '156 Patent.

11.    Upon information and belief, Defendant has been for a time and still is infringing and contributing to/inducing infringement of the '156 Patent by selling infringing pet homes, including the "Bay Isle" model pet homes, embodying the invention patented under the '156 Patent to customers in the United States, including customers in the Middle District of Alabama. This selling of the Bay Isle model pet homes is conducted at least in part through established distribution channels, and Defendant will continue to do so unless enjoined by this Court.

12.    The infringing pet homes manufactured, used, offered for sale, sold and/or imported by Defendant include, but are not necessarily limited to, the Bay Isle pet home. One example of a Bay Isle Pet Home sold by Defendants is shown in **Exhibit B** hereto (printed from Defendant's website).

13.    Upon information and belief, Defendant has been and currently is making, using, offering for sale, and/or selling the Bay Isle pet homes bearing the designation, model name or trademark Model numbers 1824, 1830, 1836, and 1842.

14.    Neither Plaintiff nor the patentee Mr. Jeffrey Simpson has granted a license or any other rights to Defendant to make, use, offer for sale, or sell the invention covered by the '156 Patent. Therefore, the conduct of Defendant MID-WEST is unlicensed.

3

15.    Defendant's infringement has been with knowledge of the '156 patent.

16.    On November 4, 2003, a representative for Mr. Simpson notified Mr. James Wingate (President of Defendant MID-WEST) via letter that the application for the '156 patent had received a Notice Of Allowance and would soon issue. The letter alerted Defendant that the Bay Isle Collection was the subject of the then-pending patent application that eventually became the '156 patent. A copy of the Notice Of Allowance from the United States Patent and Trademark Office was enclosed with the November 4, 2003 letter. A true and accurate copy of the letter is attached hereto as **Exhibit C**.

17.    On November 19, 2003, a representative of Mr. Simpson notified Mr. Wingate via letter that the '156 patent would issue to Mr. Simpson on December 2, 2003 and enclosed a copy of the Issue Notification from the United States Patent and Trademark Office. The letter further requested that Defendant cease and desist from any manufacturing, using, selling, or offering to sell any of the products in its Bay Isle Collection or other products covered by the '156 patent. A true and accurate copy of the November 19, 2003 letter is attached hereto as **Exhibit D**.

18.    Although Defendant was put on notice of the '156 patent, Defendant has not ceased or desisted from manufacturing, using, selling, and/or offering to sell products in its Bay Isle Collection that are protected by the '156 patent.

19.    Defendant's infringement is willful.

20.    The Plaintiff markets and sells pet homes covered by the '156 patent though a variety of channels. One such channel is Frontgate ® catalog, which sells high-

4

end home consumer goods. An example screenshot from the Frontgate® website depicting the Plaintiff's product for sale is attached hereto as **Exhibit E.**

21.    On or around September 30, 2002, Mr. Wingate personally purchased one of the Plaintiff's pet homes that is protected by the '156 patent, through the Frontgate ® catalog, and had the pet home delivered to what is believed to be Mr. Wingate's personal address. A true and accurate copy of the packing slip showing Mr. Wingate's address is attached hereto as **Exhibit F,** and the shipping and tracking information, including delivery confirmation, is attached hereto as **Exhibit G.**

22.    Prior to October 1, 2003, Creative Focus Sales, LLC (believed to be a sales representative for MID-WEST) introduced MID-WEST's Bay Isle Collection to dealers and announced that the collection would be available for warehouse shipping beginning October 1, 2003. The announcement mentioned that the Collection would be a "great consumer catalog item" and suggested that dealers "check out high-end catalogs like 'Frontgate'" for verification. A true and accurate copy of the announcement has been attached hereto as **Exhibit H.**

23.    The Frontgate ® catalog markets and sells pet homes produced exclusively by the Plaintiff and does not market or sell any of Defendant's products.

24.    Defendant MID-WEST knew about the Plaintiff's product in the marketplace, bought at least one for the apparent purpose of copying the product, was informed that the product was patented, and has persisted in infringing the '156 patent anyway. The infringement of Defendant MID-WEST is willful.

25.    Plaintiff has been damaged by the foregoing infringing acts of the Defendant

5

in an amount to be determined at trial or upon an accounting.

26.    By reason of said acts by Defendant, Plaintiff has been, and will continue to be, seriously damaged and irreparably injured unless Defendant is enjoined by this Court from the actions complained of herein, and thus, Plaintiff is without an adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for an Order of this Court, entering judgment:

A.    Holding that Defendant has infringed the '156 Patent;

B.    Preliminarily and permanently enjoining Defendant, its officers, agents, employees, representatives, and all others acting in concert therewith, from further infringing, contributing to, or inducing infringement of the '156 Patent;

C.    Awarding damages to Plaintiff pursuant to 35 U.S.C. § 284 in an amount adequate to compensate Plaintiff for the patent infringement, and finding that, in light of the nature of the infringement, such award be increased three times the amount of the damages found or assessed, and for an award to Plaintiff of all its costs and reasonable attorney's fees in respect thereto in accordance with 35 U.S.C. §§ 284-285;

D.    Finding this to be an exceptional case and awarding Plaintiff its reasonable attorney's fees under 35 U.S.C. § 285;

E.    Awarding to Plaintiff, pursuant to 35 U.S.C. § 289, Defendant's gross profits derived from the infringement of the '156 Patent; and

F.    Awarding such further and other relief as this Court may deem just and

6

proper.

Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff
SIMPSON VENTURES, INC

## JURY DEMAND

Plaintiff requests a trial by jury of any and all issues triable of right by a jury.

Date: _Oct. 5 2006_ .

Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff
SIMPSON VENTURES, INC.

OF COUNSEL:

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
334.501.1540 (ph)
334.501.4512 (fax)

OF COUNSEL

Arthur A. Gardner
agardner@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia  30339
770.984.2300 (ph)
770.984.0098 (fax)

3:06-cv-00901-WKW-VPM

# Exhibit A



US00D483156S

(12) **United States Design Patent**  (10) Patent No.: **US D483,156 S**
Simpson                                       (45) **Date of Patent:** ** **Dec. 2, 2003**

(54) **PET HOME**

(76) Inventor: **Jeffrey M. Simpson**, 381 Oak Ridge Dr., Auburn, AL (US) 36380

(**) Term: **14 Years**

(21) Appl. No.: **29/160,054**

(22) Filed: **May 2, 2002**

(51) **LOC (7) Cl.** ................................................ **30-02**
(52) **U.S. Cl.** ................................................ **D30/108**
(58) **Field of Search** .............................. D30/108–119, D30/161; 119/28.5, 165–170, 428–429, 432, 453, 461, 463, 468–470, 474, 482, 497–499, 531, 537, 725; D6/391

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,211,762 A | * | 1/1917 | Sawyer | D6/391 |
| 2,789,531 A | * | 4/1957 | Diefendorf | 119/461 |
| 4,256,056 A | * | 3/1981 | Sou | 119/497 |
| D382,374 S | * | 8/1997 | Burks | D30/116 |
| 5,960,744 A | * | 10/1999 | Rutman | 119/498 |
| 5,967,090 A | * | 10/1999 | Hui | 119/497 |
| D427,730 S | * | 7/2000 | Powers et al. | D30/114 |
| 6,354,245 B1 | * | 3/2002 | Roddy et al. | 119/453 |

OTHER PUBLICATIONS

In the Company of Dogs catalog; Spring Preview 2001; p. 8; Delux Sport Utility Bicycle with bamboo and rattan wrapped steel baskets for pets.*

* cited by examiner

Primary Examiner—Cathy Anne MacCormac
(74) Attorney, Agent, or Firm—Bradley Arant Rose & White LLP

(57)                **CLAIM**

The ornamental design for a pet home, substantially as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view taken from the front and right side, showing my new design;
FIG. 2 is a front view thereof;
FIG. 3 is a rear view thereof;
FIG. 4 is a top view thereof; and,
FIG. 5 is a side view thereof, the opposite side being a mirror image.
The bottom and interior are not shown and not claimed.

**1 Claim, 4 Drawing Sheets**







Fig. 1



Fig. 2

Fig. 3

*Fig. 4*



Fig. 5

3:06-cv-00901-WKW-VPM

# Exhibit B

  **America's Largest Home Builder For Pets**

**Where to Buy** | Why Crate Train? | How To Crate Train | What's New | Assembly Instructions | Find the Right Sized Crate!! | Home

**Toll Free Helpline: (800) 428-8560 - Monday-Friday, 9am-4pm (EST)**

Dogs & Puppies

Cats & Kittens

Rabbits & Bunnies

Small Animals

Birds

Exercise Pens

Chain-Link Kennels

Pet Beds

Vehicle Barriers

Grooming Tables

Waste Removal Tools

Miscellaneous

Product Quick Links



- No Tools Required - Easy to Set Up
- Attractive Rattan Weave Blends Well with Any Décor
- Durable, Non-Absorbant Resin Remains Odor Free
- Secure, Double Latch Door Swings Out and In... Out of the Way of People and Pets
- Window Openings On The Sides and Back Panel Provide Pet Proper Ventilation and Visibility
- Strong Interior Wire Structure
- Rubber Feet Keep Pet Home in Place and Protect Floor Surfaces

Not Intended for Puppies in Chewing Stage or Chronic Chewers

*Bay Isle Collection's exclusive window openings on the sides as well as the back panel provide pet proper ventilation and visibility. Attractive rattan finish with square pattern accent weave blends well with any décor. Rubber feet keep pet home in place and protect floor surfaces.*



3:06-cv-00901-WKW-VPM

# Exhibit C



**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203-2104
205.521.8000  FAX 205.521.8800
WWW.BRADLEYARANT.COM

John W. Smith T

Direct Dial: 205-521-8521
Direct Fax: 205-488-6521
jst@bradleyarant.com

November 4, 2003

**VIA CERTIFIED MAIL**
James Wingate, Jr.
President
Midwest Homes for Pets
4211 East Jackson Street
Muncie, IN 47303

Re:    *Pet Containment Device*

Dear Mr. Wingate:

We represent Jeff Simpson, the inventor of a pet containment device that is the subject of several pending patent applications, one of which has been approved by the United States Patent and Trademark Office and will soon issue. I am enclosing a copy of Application No. 29/160,054 and the USPTO's Notice of Allowance entered with respect to this application.

It has come to our attention that you are making and selling products, including the Bay Isle Collection, that are the subject of Mr. Simpson's patent applications. This letter is intended to put Midwest on notice that your continued manufacture, use or sale of such products after the above-referenced patent issues may subject you to liability for patent infringement. We will notify you as soon as the patent issues, but please be advised that Mr. Simpson will take all necessary steps to enforce his intellectual property rights. In the meantime, we ask that you put on notice anyone to whom you have sold your product about the potential infringement that may occur by continued sales or uses of your products.

If you have any questions, please do not hesitate to contact me.

Sincerely,

John W. Smith T

JST/lrs
Enclosures

Cc:    Nathan W. Johnson

BIRMINGHAM    HUNTSVILLE    JACKSON    MONTGOMERY    WASHINGTON, DC

3:06-cv-00901-WKW-VPM

# Exhibit D



**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203-2104
205.521.8000   FAX 205.521.8800
WWW.BRADLEYARANT.COM

John W. Smith T

Direct Dial: 205-521-8521
Direct Fax: 205-488-6521
jst@bradleyarant.com

November 19, 2003

**VIA CERTIFIED MAIL**
James Wingate, Jr.
President
Midwest Homes for Pets
4211 East Jackson Street
Muncie, IN 47303

      Re:    *Pet Containment Device*

Dear Mr. Wingate:

      As we indicated we would in our letter to you dated November 4, this is to notify you that United States Patent D 483,156 will issue to Mr. Jeff Simpson on December 2, 2003. I am enclosing a copy of the issue notice we received recently from the U.S. Patent and Trademark Office. We request that you cease and desist from any manufacturing, using, selling or offering to sell any of the products in the Bay Isle Collection or any other products covered by this patent ("the covered products") after December 2, 2003. We also request that you submit within 15 business days a list of all vendors, individuals and anyone else to whom you have sold or provided the covered products so that we may put them on notice of Mr. Simpson's rights arising from the subject patent. Your failure to comply with these instructions may subject you to liability for direct or indirect infringement.

      Sincerely,

      John W. Smith T

JST/lrs
Enclosures

Cc:   Nathan W. Johnson

3:06-cv-00901-WKW-VPM

# Exhibit E

# FRONTGATE®

OUTFITTING AMERICA'S FINEST HOMES®

My Account | Customer Servi

Keyword or Item#

**Outdoor Living**  **Bed & Bath Essentials**  **Furnishings & Décor**  **Kitchen & Entertaining**  **Home Care & Storage**  **Electronic Innovations**  **Holiday & Gifts**  **Frontgate Outlet**

Home > Home Care & Storage > Pet Products > Rattan Pet Residences

< Previous



View Larger/Additional Images

## Rattan Pet Residences

**Not a wire cage or a molded-plastic eyesore**

Our **Rattan Pet Residences** offer a private, secluded place for pets that you won't have to hide out of view in the utility room or basement. By combining luxury with functionality, you can see why this product illustrates The Frontgate Difference.

- Attractive rattan exterior matches most décor
- Woven of a durable resin that won't absorb odors or fluids and is easily cleaned with soap and water
- Sturdy internal frame and door are made of steel wire
- Door opens in and out, and can be secured open inside, out of the way of people and pets
- Plastic floor pan removes for easy cleaning

Not intended for puppies in the chewing stage.

To size, measure pet height to shoulders.

Additional Information | Ask a Question | Tell a Friend

O
Al

Cat L

Expa

Chris

### Rattan Pet Residence
$159.00   $299.00
Item # 10486

Small: Fits pets up to 10" tall.
Medium: Fits pets up to 15" tall.
Large: Fits pets up to 23" tall.
X-Large: Fits pets up to 28" tall.

- Limited Stock!

**Color:** (view options)
First, Select Color

**Size:**
Then, Select Size

**Quantity:** 1

**No Payments for 6 Months** on orders over $400! view disclosures

ADD TO WISH LIST    

---

**Catalog Customers:** Catalog Quick Shop | Free Catalog Request | Online Catalogs
**Company Information:** About Us | Contact Us | Privacy & Security | Store Locations
**Shopping Services:** Bill Me Later℠ | One-Year Guarantee | Order Tracking | Shipping | Site Map | Wish Lists
**Call us at:** 1-888-263-9850

*Preferred*
EMAIL REGISTRY

Enter you
exclusive
or to chan

Enter email address

Partner sites: Grandin Road | Garnet Hill | Isabella Bird | Smith & Noble | Territory Ahead
TravelSmith | City Search | Evite | IGS Catalog | HSN | Ticketmaster
© 2006 Frontgate

3:06-cv-00901-WKW-VPM

# Exhibit H

# CREATIVE FOCUS SALES, LLC

## COMING SOON FROM MIDWEST

**Introducing the Bay Isle Collection (3 sizes – 1824, 1830, & 1836)
Available October 1, 2003**



(1824)



(carton image)

Attractive Rattan Weave blends well with any décor.  Durable, non-absorbent Resin remains odor free.  Secure, double latch door swings out and in....out of the way of people and pets.  Window openings on the sides and back panel provide pet proper ventilation and visibility.  Strong interior wire structure with black e-coat finish, and rubber feet keep pet home in place and protects floor surfaces.

- A great consumer catalog item (check out high-end catalogs like "Frontgate")
- A perfect entry for holiday and Christmas catalogs
- 3 sizes available (24", 30", 36") for October 1, 2003 warehouse shipping
- Hi-resolution web images available at www.midwesthomes4pets.com
- Tan woven polyethylene Rattan in a drop pin pet home w/ABS plastic pan

| Model | Size | Warehouse Price | Suggested Dealer Price |
|-------|------|-----------------|------------------------|
| 1824 | 24"L x 20"W x 21"H | $45.45 | $68.18 |
| 1830 | 30"L x 23"W x 24"H | $57.30 | $85.95 |
| 1836 | 36"L x 23"W x 24"H | $77.85 | $116.78 |

# FRONTGATE®

**8879 Union Center Blvd.**
**West Chester, OH 45069**
**1-800-436-2100**

**PACKING SLIP**

REPRINT

**Cust # 0041782202**     **Order # 078783160001**

**Sold To**
JAMES W WINGATE JR
3401 WEST GATE WOOD LANE
MUNCIE, IN 473043704

**Ship To**
JAMES W WINGATE JR
3401 WEST GATE WOOD LANE
MUNCIE, IN 473043704

Delivery Phone # 765-289-3355x23

| Qty | Item No | Description | Unit Price | Total |
|-----|---------|-------------|-----------|-------|
| 1 | 10390 | Small Pet Residence | 155.00 | 155.00 |

Thank you for your first order with FRONTGATE!

| | |
|---|---|
| **SubTotal** | 155.00 |
| **Tax** | 0.00 |
| **(UPSGRND) PH** | 20.95 |
| **Total** | 175.95 |

09/30/2002

Page 1 of 1

## Exchange/Return Information
### TO RETURN ANY ITEM, SIMPLY FOLLOW THESE 3 STEPS

**1** Please explain the reason you're returning the item. This information helps us process returns quickly and enables us to improve our products and service. Be as specific as possible. _____

_____

Many concerns can be resolved by phone. If you need assistance with a replacement part, assembly, operation of an item, or have a question about our Price Protection guarantee, give us a call at 1-800-436-2100

**2** List The Item(s) You Are Returning

| ITEM # | DESCRIPTION | SIZE/COLOR | QTY. | PRICE |
|--------|-------------|------------|------|-------|
| | | | | |
| | | | | |

Do you prefer? ☐Exchange   ☐Gift Certificate   ☐Refund          Was the Item A Gift? ☐Yes ☐No

**3** List The Item(s) You Would Like To Order In Exchange

| ITEM # | DESCRIPTION | SIZE/COLOR | QTY. | PRICE |
|--------|-------------|------------|------|-------|
| | | | | |
| | | | | |

Method of Payment ☐Visa  ☐MasterCard  ☐Novus/Discover  ☐American Express  ☐Check or Money Order
Credit Card Payment _____     Expiration Date _____
Signature _____     Daytime Phone _____

EXHIBIT "F"

Simpson & Co

# SHIPMENT SEARCH REPORT

10/11/03 10:25 AM

UPS Account No.: R36A31
Sorted By:Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| **Ship To:**<br>Casey L Ritchie<br>5012 N. Timothy Way<br>MUNCIE IN 47304-6177<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1: | UPS GROUND<br>2<br>No<br>97.0<br>Prepaid<br>077912980001 | Shipment Service Charge: | $ | 26.36 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1ZR36A310340830499<br>Package<br>27.0<br>077912980001 | Package Service Charge: | $ | 9.29 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Oversized:<br>Package Ref No.1: | 1ZR36A310340592103<br>Package<br>51.0<br>Oversize 2<br>077912980001 | Package Service Charge:<br><br>**3rd Party Amt: (X107W4)**<br>**UPS Total Charge:** | $<br><br>$<br>$ | 17.07<br><br>26.36<br>26.36 |
| **Ship To:**<br>James W Wingate Jr.<br>3401 West Gate Wood Lane<br>MUNCIE IN 47304-3704<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1: | UPS GROUND<br>1<br>No<br>27.0<br>Prepaid<br>078783160001 | Shipment Service Charge: | $ | 9.29 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1ZR36A310340245363<br>Package<br>27.0<br>078783160001 | Package Service Charge:<br><br>**3rd Party Amt: (X107W4)**<br>**UPS Total Charge:** | $<br><br>$<br>$ | 9.29<br><br>9.29<br>9.29 |
| **Ship To:**<br>Thomas W Swan<br>2100 W Mt Pleeasant Blvd<br>MUNCIE IN 47302<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1: | UPS GROUND<br>1<br>No<br>27.0<br>Prepaid<br>080023400001 | Shipment Service Charge: | $ | 9.29 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1ZR36A310340858255<br>Package<br>27.0<br>080023400001 | Package Service Charge:<br><br>**3rd Party Amt: (X107W4)**<br>**UPS Total Charge:** | $<br><br>$<br>$ | 9.29<br><br>9.29<br>9.29 |
| **Ship To:**<br>Melissa Cambell<br>1325 North Elm St.<br>MUNCIE IN 47303<br>(Residential)<br><br>**Ship From:**<br>Simpson & Co<br>480 N. Dean Rd.<br>AUBURN AL 36830-5149 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1:<br>Package Ref No.2: | UPS GROUND<br>1<br>No<br>31.0<br>Prepaid<br>1336267<br>Dark | Shipment Service Charge: | $ | 10.63 |

UPS OnLine WorldShip 5.0.37 winspool 16417

**EXHIBIT "G"**






Home | About UPS | Contact UPS

**Tracking**

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers 🔒
→ Track by E-mail
→ Get Quantum View Files 🔒
→ Request Quantum View Notify 🔒
→ Void a Shipment 🔒
→ Help



**Full-Service Customs Brokerage**

**UPS Supply Chain Solutions**℠ →

🔒 **WorldShip Customer**

My UPS | Address

## ▌▌▌▌ Track by Tracking Number

### View Details

To view Proof of Delivery, please select the link.

**Status:**           Delivered  <u>Proof of Delivery</u> 🔒
**Delivered on:**      Oct 2, 2002 7:12 P.M.
**Location:**          FRT PORCH
**Delivered to:**      MUNCIE, IN, US

**Tracking Number:**   1Z R36 A31 03 4024 536 3
**Service Type:**      GROUND

🔒 Information and services provided by My UPS users.

Have problems or questions about your package?
If you have questions about one of your packages, you can find more information with this special UPS serv
→ Request More Information 🔒

**Package Progress:**

| Date | Time | Location | Activity |
|------|------|----------|----------|
| Oct 2, 2002 | 7:12 P.M. | MUNCIE, IN, US | DELIVERY |

Tracking results provided by UPS: Oct 11, 2003 11:23 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited

← <u>Back to Tracking Summary</u>

↑ Back to Top

Copyright © 1994-2003 United Parcel Service of America, Inc. All rights reserved.

 **United Parcel Service**

**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z R36 A31 03 4024 536 3
**Service Type:** GROUND
**Delivered on:** Oct 2, 2002 7:12 P.M.
**Delivered to:** MUNCIE, IN, US
**Location:** FRT PORCH

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Oct 11, 2003 11:23 A.M. Eastern Time (USA)