IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 OCT -5   4: 19

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:06-CV-901-WKW |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Comes now the Plaintiff, Simpson Ventures, Inc., by and through its undersigned counsel who is a member in good standing of this Court, and moves the Court to allow Arthur A. Gardner of the law firm of Gardner, Groff, Santos and Greenwald, P.C. to appear of record in the above-entitled cause and participate *pro hac vice* in this civil action pursuant to Local Rule 83.1(b). As grounds for this motion, Simpson Ventures, Inc. shows the Court as follows:

1.  Arthur A. Gardner is an attorney licensed to practice law in the State of Georgia, having been admitted in 1988. He is a member in good standing of the bar of Georgia. In addition, he has been admitted to practice before the United States Court of Appeals for the Eleventh Circuit and the United States Court of Appeals for the Federal Circuit. He is registered to practice before the United States Patent and Trademark Office. He is also admitted to practice in the United States District Court for the Northern District of Georgia as evidenced by the Certificate of Good Standing which is attached hereto and made a part hereof as Exhibit A. Concurrent with the filing of this motion, Mr. Gardner has paid the $20.00 fee for his admission *pro hac vice*.

2.  Mr. Gardner is familiar with the law, facts and procedures related to the subject matter of this litigation and his law firm has represented Simpson Ventures, Inc. for several years.

WHEREFORE, THE PREMISES CONSIDERED, Simpson Ventures, Inc. moves this Court to enter an order permitting Arthur A. Gardner of the law firm of Gardner, Groff, Santos and Greenwald, P.C. to appear of record and participate *pro hac vice* before the United States District Court, Middle District of Alabama, for the purpose of representing Simpson Ventures, Inc. in this case.

Respectfully submitted,

Robert T. Meadows, III (MEA012)
Attorney for the Plaintiff Simpson Ventures, Inc.

OF COUNSEL:

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
334.501.1540 (ph)
334.501.4512 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of October, 2006, I have served the above and foregoing Motion on the Defendants by serving them at the following address:

Midwest Metal Products Company, Inc
4211 E. Jackson Street
Muncie, Indiana 47303

OF COUNSEL



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ARTHUR A. GARDNER, 283995,** was duly admitted to practice in said Court on January 2, 1990 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of October, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

