IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-901-WKW |
| | ) | |
| MID-WEST METAL PRODUCTS COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion for Arthur A. Gardner to Appear Pro Hac Vice (Doc. #2) filed on October 5, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of October, 2006.

　　　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE