| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Delia Garrett*  ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Delia Garrett*  10/10/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Mid-West Metal Products Company, Inc.<br>c/o James W. Wingate, Jr., President<br>4211 E. Jackson Street<br>Muncie, Indiana 47303<br><br>06cv901 S,C,+MPHY | Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)   7001 1940 0006 1393 9951 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509