**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **SIMPSON VENTURES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 3:06-CV-901-WKW** |
| | ) |
| **MIDWEST METAL PRODUCTS** | ) |
| **COMPANY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

---

**MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSIVE PLEADING BY DEFENDANT**

---

COMES NOW the Defendant, Midwest Metal Products, Co., Inc., and hereby moves this Honorable Court for a thirty (30) day extension of time to file a response to the Plaintiff's Complaint.  As grounds for said Motion, the Defendant states as follows:

1.  Defendant Midwest Metal Products Company was served with the Summons and Complaint in this matter on October 10, 2006.

2.  The Plaintiff's Complaint consists of seven (7) pages as well as 13 pages of Exhibits. It alleges patent infringement under 35 U.S.C. § 1, *et seq.*

3.  Midwest Metal Products Company, Inc. is principally located in Indiana.  It does not have operations in Alabama and does not have retained counsel here.  As a result, counsel was only recently hired.  Additional time will be needed to evaluate the various allegations and properly respond to the Plaintiff's Complaint in a meaningful manner.

4.  A thirty (30) day extension of time will not prejudice any of the parties.

WHEREFORE, the Defendant respectfully requests that the Court enter an Order granting a thirty (30) day extension to respond to the Plaintiff's Complaint.

s/Brett A. Ross
BRETT A. ROSS (ASB-6771-O76B)
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorneys for Defendant Midwest Metal
Products, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)
E-mail: bar@carrallison.com
        gab@carrallison.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 24th day of October, 2006:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

s/Brett A. Ross
Of Counsel