IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-00901-WKW |
| | ) |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Motion for Extension of Time to File Responsive Pleading by Defendant (Doc. # 6), it is ORDERED that the motion is GRANTED. It is further ORDERED that the defendant shall move or plead on or before November 29, 2006.

DONE this the 25th day of October, 2006.

          /s/ W. Keith Watkins
    UNITED STATES DISTRICT JUDGE