# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **SIMPSON VENTURES, INC.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **Civil Action File No:** |
| | ) | **06-cv-00901-WKW-VPM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MIDWEST METAL PRODUCTS** | ) | |
| **COMPANY, INC.** | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUBSTITUTION OF CORRECTED EXHIBITS

COMES NOW Simpson Ventures, Inc. (hereinafter "SIMPSON"), the Plaintiff herein, and by and through its undersigned attorneys, files this Substitution of Corrected Exhibits, and in support thereof respectfully shows as follows:

When the Complaint in this action was filed, there was an inadvertent mix-up in the copying of Exhibits F and G. Attached hereto are the corrected Exhibits F and G which should be substituted for use with and attachment to the Complaint. These substitute exhibits were accurately described in the original Complaint and therefore the filing of these substitute exhibits does not require any amendment to the Complaint. The Defendant has not yet answered the Complaint (and in fact has asked for and received an extension of time to do so). Accordingly, it is respectfully submitted that the substitution of these two exhibits will not cause any delay in these proceedings.

s/ Robert T. Meadows, III
Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff SIMPSON
VENTURES, INC.

OF COUNSEL

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
334.501.1540 (ph)
334.501.4512 (fax)


OF COUNSEL

Arthur A. Gardner
agardner@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
770.984.2300 (ph)
770.984.0098 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 26th day of October, 2006:

Hon. Brett A. Ross
Hon. Gregory A. Brockwell
Carr Allison
Attorneys at Law
100 Vestavia Parkway
Birmingham, Alabama 35216

s/Robert T. Meadows, III
Of Counsel

# FRONTGATE®

**8879 Union Center Blvd.**
**West Chester, OH 45069**
**1-800-436-2100**

**PACKING SLIP**

REPRINT

**Cust #** 0041782202          **Order #** 078783160001

**Sold To**
JAMES W WINGATE JR
3401 WEST GATE WOOD LANE
MUNCIE, IN 473043704

**Ship To**
JAMES W WINGATE JR
3401 WEST GATE WOOD LANE
MUNCIE, IN 473043704

**Delivery Phone #** 765-289-3355x23

| Qty | Item No | Description | Unit Price | Total |
|-----|---------|-------------|------------|-------|
| 1 | 10390 | Small Pet Residence | 155.00 | 155.00 |

Thank you for your first order with FRONTGATE!

|  |  |
|--|--|
| **SubTotal** | 155.00 |
| **Tax** | 0.00 |
| **(UPSGRND) PH** | 20.95 |
| **Total** | 175.95 |

09/30/2002                                                      **Page 1 of 1**

## Exchange/Return Information
### TO RETURN ANY ITEM, SIMPLY FOLLOW THESE 3 STEPS

**1** | Please explain the reason you're returning the item. This information helps us process returns quickly and enables us to improve our products and service. Be as specific as possible. _____

_____

Many concerns can be resolved by phone. If you need assistance with a replacement part, assembly, operation of an item, or have a question about our Price Protection guarantee, give us a call at 1-800-436-2100

**2** | List The Item(s) You Are Returning

| ITEM # | DESCRIPTION | SIZE/COLOR | QTY. | PRICE |
|--------|-------------|------------|------|-------|
|        |             |            |      |       |
|        |             |            |      |       |

Do you prefer? ☐Exchange   ☐Gift Certificate   ☐Refund          Was the Item A Gift? ☐Yes ☐No

**3** | List The Item(s) You Would Like To Order In Exchange

| ITEM # | DESCRIPTION | SIZE/COLOR | QTY. | PRICE |
|--------|-------------|------------|------|-------|
|        |             |            |      |       |
|        |             |            |      |       |

Method of Payment ☐Visa  ☐MasterCard  ☐Novus/Discover  ☐American Express  ☐Check or Money Order
Credit Card Payment _____    Expiration Date _____
Signature _____    Daytime Phone _____

**EXHIBIT "F"**

Simpson & Co
## SHIPMENT SEARCH REPORT
10/11/03 10:25 AM

UPS Account No.: R36A31
Sorted By:Order of Shipment

| Name/Address | Shipment Detail | Options | Reference Rate Charges |
|---|---|---|---|
| **Ship To:**<br>Casey L Ritchie<br>5012 N. Timothy Way<br>MUNCIE IN 47304-6177<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:     UPS GROUND<br>Total Packages:   2<br>Hundredweight:    No<br>Billable Wt.:     97.0<br>Billing Option:   Prepaid<br>Package Ref No.1: 077912980001 | Shipment Service Charge: | $    26.36 |
| | Tracking No.:     1ZR36A310340830499<br>Package Type:      Package<br>Weight:            27.0<br>Package Ref No.1:  077912980001 | Package Service Charge: | $     9.29 |
| | Tracking No.:     1ZR36A310340592103<br>Package Type:      Package<br>Weight:            51.0<br>Oversized:         Oversize 2<br>Package Ref No.1:  077912980001 | Package Service Charge:<br><br>**3rd Party Amt: (X107W4)**<br>**UPS Total Charge:** | $    17.07<br><br>$    26.36<br>$    26.36 |
| **Ship To:**<br>James W Wingate Jr.<br>3401 West Gate Wood Lane<br>MUNCIE IN 47304-3704<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:     UPS GROUND<br>Total Packages:   1<br>Hundredweight:    No<br>Billable Wt.:     27.0<br>Billing Option:   Prepaid<br>Package Ref No.1: 078783160001 | Shipment Service Charge: | $     9.29 |
| | Tracking No.:     1ZR36A310340245363<br>Package Type:      Package<br>Weight:            27.0<br>Package Ref No.1:  078783160001 | Package Service Charge:<br><br>**3rd Party Amt: (X107W4)**<br>**UPS Total Charge:** | $     9.29<br><br>$     9.29<br>$     9.29 |
| **Ship To:**<br>Thomas W Swan<br>2100 W Mt Pleeasant Blvd<br>MUNCIE IN 47302<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:     UPS GROUND<br>Total Packages:   1<br>Hundredweight:    No<br>Billable Wt.:     27.0<br>Billing Option:   Prepaid<br>Package Ref No.1: 080023400001 | Shipment Service Charge: | $     9.29 |
| | Tracking No.:     1ZR36A310340858255<br>Package Type:      Package<br>Weight:            27.0<br>Package Ref No.1:  080023400001 | Package Service Charge:<br><br>**3rd Party Amt: (X107W4)**<br>**UPS Total Charge:** | $     9.29<br><br>$     9.29<br>$     9.29 |
| **Ship To:**<br>Melissa Cambell<br>1325 North Elm St.<br>MUNCIE IN 47303<br>(Residential)<br><br>**Ship From:**<br>Simpson & Co<br>480 N. Dean Rd.<br>AUBURN AL 36830-5149 | Service Type:     UPS GROUND<br>Total Packages:   1<br>Hundredweight:    No<br>Billable Wt.:     31.0<br>Billing Option:   Prepaid<br>Package Ref No.1: 1336267<br>Package Ref No.2: Dark | Shipment Service Charge: | $    10.63 |

UPS OnLine WorldShip 5.0.37 winspool 16417

**EXHIBIT "G"**

UPS Package Tracking





Home | About UPS | Contact UPS

**Tracking**

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers 🔒
→ Track by E-mail
→ Get Quantum View Files 🔒
→ Request Quantum View Notify 🔒
→ Void a Shipment 🔒
→ Help

🔒 **WorldShip Customer**

My UPS | Address

‖‖‖‖‖ **Track by Tracking Number**

**View Details**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| **Status:** | Delivered _Proof of Delivery_ 🔒 |
| **Delivered on:** | Oct 2, 2002 7:12 P.M. |
| **Location:** | FRT PORCH |
| **Delivered to:** | MUNCIE, IN, US |

| | |
|---|---|
| **Tracking Number:** | 1Z R36 A31 03 4024 536 3 |
| **Service Type:** | GROUND |

🔒 Information and services provided to My UPS users.



Have problems or questions about your package?
If you have questions about one of your packages, you can find more information with this special UPS serv
→ Request More Information 🔒

**Package Progress:**

| Date | Time | Location | Activity |
|---|---|---|---|
| Oct 2, 2002 | 7:12 P.M. | MUNCIE, IN, US | DELIVERY |

Tracking results provided by UPS: Oct 11, 2003 11:23 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited

← Back to Tracking Summary

♦ Back to Top

Copyright © 1994-2003 United Parcel Service of America, Inc. All rights reserved.

 **United Parcel Service**

**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**   1Z R36 A31 03 4024 536 3
**Service Type:**      GROUND
**Delivered on:**      Oct 2, 2002 7:12 P.M.
**Delivered to:**      MUNCIE, IN, US
**Location:**          FRT PORCH

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 11, 2003 11:23 A.M.   Eastern Time (USA)