IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-00901-WKW |
| | ) |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the plaintiff's Substitution of Corrected Exhibits (Doc. # 8), which the court deems as a motion for substitution. It is ORDERED that the motion is GRANTED. The Clerk is directed to substitute Exhibit F and Exhibit G, which are attached to the plaintiff's motion, for those lettered exhibits to the Complaint.

DONE this the 31st day of October, 2006.

                                          /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE