**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 31, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Simpson Ventures, Inc. v. Mid-West Metal Products Company, Inc.

Case Number:   3:06cv00901-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to document # 1   filed on   October 5, 2006.**

# FRONTGATE®

8879 Union Center Blvd.
West Chester, OH 45069
1-800-436-2100

**PACKING SLIP**

REPRINT

Cust # 0041782202    Order # 078783160001

**Sold To**
JAMES W WINGATE JR
3401 WEST GATE WOOD LANE
MUNCIE, IN 473043704

**Ship To**
JAMES W WINGATE JR
3401 WEST GATE WOOD LANE
MUNCIE, IN 473043704

Delivery Phone # 765-289-3355x23

| Qty | Item No | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | 10390 | Small Pet Residence | 155.00 | 155.00 |

Thank you for your first order with FRONTGATE!

| | |
|---|---|
| SubTotal | 155.00 |
| Tax | 0.00 |
| (UPSGRND) PH | 20.95 |
| Total | 175.95 |

09/30/2002                                    Page 1 of 1

## Exchange/Return Information
**TO RETURN ANY ITEM, SIMPLY FOLLOW THESE 3 STEPS**

**1** Please explain the reason you're returning the item. This information helps us process returns quickly and enables us to improve our products and service. Be as specific as possible. _____

Many concerns can be resolved by phone. If you need assistance with a replacement part, assembly, operation of an item, or have a question about our Price Protection guarantee, give us a call at 1-800-436-2100

**2** List The Item(s) You Are Returning

| ITEM # | DESCRIPTION | SIZE/COLOR | QTY. | PRICE |
|---|---|---|---|---|
| | | | | |
| | | | | |

Do you prefer?  ☐Exchange  ☐Gift Certificate  ☐Refund          Was the Item A Gift?  ☐Yes  ☐No

**3** List The Item(s) You Would Like To Order In Exchange

| ITEM # | DESCRIPTION | SIZE/COLOR | QTY. | PRICE |
|---|---|---|---|---|
| | | | | |
| | | | | |

Method of Payment  ☐Visa  ☐MasterCard  ☐Novus/Discover  ☐American Express  ☐Check or Money Order
Credit Card Payment _____    Expiration Date _____
Signature _____                Daytime Phone _____

**EXHIBIT "F"**

Simpson & Co
## SHIPMENT SEARCH REPORT
10/11/03 10:25 AM

UPS Account No.: R36A31
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | | Reference Rate Charges | |
|---|---|---|---|---|---|---|
| **Ship To:**<br>Casey L Ritchie<br>5012 N. Timothy Way<br>MUNCIE IN 47304-6177<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1: | UPS GROUND<br>2<br>No<br>97.0<br>Prepaid<br>077912980001 | Shipment Service Charge: | | $ | 26.36 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1ZR36A310340830499<br>Package<br>27.0<br>077912980001 | Package Service Charge: | | $ | 9.29 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Oversized:<br>Package Ref No.1: | 1ZR36A310340592103<br>Package<br>51.0<br>Oversize 2<br>077912980001 | Package Service Charge:<br><br>3rd Party Amt: (X107W4)<br>UPS Total Charge: | | $<br><br>$<br>$ | 17.07<br><br>26.36<br>26.36 |
| **Ship To:**<br>James W Wingate Jr.<br>3401 West Gate Wood Lane<br>MUNCIE IN 47304-3704<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1: | UPS GROUND<br>1<br>No<br>27.0<br>Prepaid<br>078783160001 | Shipment Service Charge: | | $ | 9.29 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1ZR36A310340245363<br>Package<br>27.0<br>078783160001 | Package Service Charge:<br><br>3rd Party Amt: (X107W4)<br>UPS Total Charge: | | $<br><br>$<br>$ | 9.29<br><br>9.29<br>9.29 |
| **Ship To:**<br>Thomas W Swan<br>2100 W Mt Pleeasant Blvd<br>MUNCIE IN 47302<br>(Residential)<br><br>**Ship From:**<br>Frontgate<br>480 N. Dean Rd.<br>AUBURN AL 36830 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1: | UPS GROUND<br>1<br>No<br>27.0<br>Prepaid<br>080023400001 | Shipment Service Charge: | | $ | 9.29 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1: | 1ZR36A310340858255<br>Package<br>27.0<br>080023400001 | Package Service Charge:<br><br>3rd Party Amt: (X107W4)<br>UPS Total Charge: | | $<br><br>$<br>$ | 9.29<br><br>9.29<br>9.29 |
| **Ship To:**<br>Melissa Cambell<br>1325 North Elm St.<br>MUNCIE IN 47303<br>(Residential)<br><br>**Ship From:**<br>Simpson & Co<br>480 N. Dean Rd.<br>AUBURN AL 36830-5149 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1:<br>Package Ref No.2: | UPS GROUND<br>1<br>No<br>31.0<br>Prepaid<br>1336267<br>Dark | Shipment Service Charge: | | $ | 10.63 |

Page 1

UPS OnLine WorldShip 5.0.37 winspool 16417

**EXHIBIT "G"**






Home | About UPS | Contact UPS

**Tracking**

🔒 WorldShip Customer

My UPS | Address

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers 🔒
→ Track by E-mail
→ Get Quantum View Files 🔒
→ Request Quantum View Notify 🔒
→ Void a Shipment 🔒
→ Help

## Track by Tracking Number

**View Details**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| **Status:** | Delivered  Proof of Delivery 🔒 |
| **Delivered on:** | Oct 2, 2002 7:12 P.M. |
| **Location:** | FRT PORCH |
| **Delivered to:** | MUNCIE, IN, US |
| **Tracking Number:** | 1Z R36 A31 03 4024 536 3 |
| **Service Type:** | GROUND |

🔒 Information and services provided to My UPS users.

Have problems or questions about your package?
If you have questions about one of your packages, you can find more information with this special UPS serv
→ Request More Information 🔒



**Package Progress:**

| Date | Time | Location | Activity |
|---|---|---|---|
| Oct 2, 2002 | 7:12 P.M. | MUNCIE, IN, US | DELIVERY |

Tracking results provided by UPS: Oct 11, 2003 11:23 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited

← Back to Tracking Summary

↑ Back to Top

Copyright © 1994-2003 United Parcel Service of America, Inc. All rights reserved.

 **United Parcel Service**

**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z R36 A31 03 4024 536 3
**Service Type:** GROUND
**Delivered on:** Oct 2, 2002 7:12 P.M.
**Delivered to:** MUNCIE, IN, US
**Location:** FRT PORCH

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Oct 11, 2003 11:23 A.M. Eastern Time (USA)