IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:06-CV-901-WKW ) |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) ) ) |
| Defendant. | ) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Comes now the Defendant, Midwest Metal Products Company, Inc., by and through its undersigned counsel, who is a member in good standing of this Court, and moves the Court to allow James Hinshaw and Daniel Boots of the law firm of Bingham ● McHale, LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204-4900 to appear of record in the above-entitled cause and participate *pro hac vice* in this civil action pursuant to Local Rule 83.1(b). As grounds for this motion, Midwest Metal Products Company shows the Court as follows:

1. James Hinshaw is an attorney licensed to practice law in the State of Indiana, having been admitted in 1992. He is a member in good standing of the bar of Indiana. In addition, he has been admitted to practice before the United States Court of Appeals for the Seventh, Ninth, and Eleventh Circuits. He is also admitted to practice in the United States District Court for the Southern District of Indiana as evidenced by the Certificate of Good Standing which is attached hereto and made a part hereof as "Exhibit A." Concurrent with the filing of this motion, Mr. Hinshaw has paid the $20.00 fee for his admission *pro hac vice*.

2. Daniel L. Boots is an attorney licensed to practice law in the State of Indiana, having been admitted in 1987. He is a member in good standing of the bar of Indiana. In

addition, he has been admitted to practice before the United States Court of Appeals for the Federal Circuit. He is also admitted to practice in the United States District Court for the Southern District of Indiana as evidenced by the Certificate of Good Standing which is attached hereto and made a part hereof as "Exhibit B." Concurrent with the filing of this motion, Mr. Boots has paid the $20.00 fee for his admission *pro hac vice*.

3. Mr. Hinshaw and Mr. Boots are familiar with the law, facts and procedures related to the subject matter of this litigation and their law firm has represented Midwest Metal Products Company previously.

WHEREFORE, THE PREMISES CONSIDERED, Midwest Metal Products Company moves this Court to enter an order permitting James Hinshaw and Daniel Boots of the law firm of Bingham ● McHale, LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204-4900 to appear of record and participate *pro hac vice* before the United States District Court for the Middle District of Alabama for the purpose of representing Midwest Metal Products Company.

Respectfully submitted,

BRETT A. ROSS (ASB-6771-O76B)
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorneys for Defendant Midwest Metal
Products, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)
E-mail: **bar@carrallison.com**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served on the following, via U.S. Mail, postage pre-paid and properly addressed on this the 13th day of November, 2006:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

                                                             Of Counsel

# EXHIBIT A

# CERTIFICATE IN GOOD STANDING OF JAMES HINSHAW

## United States District Court
### For the Southern District of Indiana



# CERTIFICATE OF GOOD STANDING

I, Laura A. Briggs, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## JAMES M. HINSHAW

was duly admitted and qualified as an Attorney and Counselor of said Court on October 26, 1992, and is in good standing as a member of the bar of said Court. Furthermore, no pending disciplinary action is on record.

_____
Clerk of the United States District Court

By: _____Daniel J. Hdbing_____
Deputy Clerk

**Issued:** November 9, 2006

# EXHIBIT B

# CERTIFICATE IN GOOD STANDING OF DANIEL L. BOOTS

*United States District Court*
*For the Southern District of Indiana*



# CERTIFICATE OF GOOD STANDING

*I, Laura A. Briggs, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that*

## DANIEL L. BOOTS

*was duly admitted and qualified as an Attorney and Counselor of said Court on September 15, 1987, and is in good standing as a member of the bar of said Court. Furthermore, no pending disciplinary action is on record.*

_____
*Clerk of the United States District Court*

By: Daniel J. Habring
*Deputy Clerk*

Issued: November 9, 2006