IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC., )<br>)<br>Defendant. ) | CASE NO. 3:06-cv-901-WKW |

### **O R D E R**

Upon consideration of the Motion for James Hinshaw and Daniel L. Boots to Appear Pro Hac Vice (Doc. #11) filed on November 15, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 16th day of November, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE