**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>**

| | | |
|---|---|---|
| **SIMPSON VENTURES, INC.,** | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action File No: |
| | ) | 06-cv-00901-WKW-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| **MIDWEST METAL PRODUCTS** | ) | |
| **COMPANY, INC.** | ) | |
| | ) | |
| *Defendant*. | ) | |

**PLAINTIFF'S ANSWER TO COUNTERCLAIM**

COMES NOW Simpson Ventures, Inc. (hereinafter "SIMPSON"), the Plaintiff herein, and by and through its undersigned attorneys, files this Answer to the Counterclaim of Defendant Mid-West Metal Products Company, Inc.

<u>**INTRODUCTION**</u>

Mid-West Metals' Counterclaim at its outset purports to incorporate responses and defenses raised in its Answer to somehow be part of a counterclaim, but does not point out with any clarity which parts of its responses and defenses are intended to be part of an actual counterclaim. Accordingly, this initial paragraph purporting to incorporate by reference is so unclear that Plaintiff Simpson cannot ascertain the substance of this purported portion of the counterclaim and it is therefore denied. With regard to the numbered paragraphs of Mid-West Metals' Counterclaim, Plaintiff Simpson responds as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted that Jeffrey Simpson is the inventor of the design depicted in United States Design Patent No. Des. 483,156 and that Jeffrey Simpson has licensed certain rights therein to Simpson Ventures.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied.

        s/ Robert T. Meadows, III  
        Robert T. Meadows, III  
        Alabama Bar No. MEA012  
        One of the Attorneys for Plaintiff SIMPSON VENTURES, INC.

OF COUNSEL

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
334.501.1540 (ph)
334.501.4512 (fax)

OF COUNSEL

Arthur A. Gardner
agardner@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
770.984.2300 (ph)
770.984.0098 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 20th day of December, 2006:

Hon. Brett A. Ross
Hon. Gregory A. Brockwell
Carr Allison
Attorneys at Law
100 Vestavia Parkway
Birmingham, Alabama 35216

Hon. James Hinshaw
Hon. Daniel L. Boots
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900

                                                s/Robert T. Meadows, III
                                                Of Counsel