**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **SIMPSON VENTURES, INC.,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Civil Action File No:** |
| | ) | **06-cv-00901-WKW-VPM** |
| | ) | |
| v. | ) | |
| | ) | |
| **MIDWEST METAL PRODUCTS COMPANY, INC.** | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT UNDER RULE 7.1**

COMES NOW Simpson Ventures, Inc. (hereinafter "SIMPSON"), the Plaintiff herein, and by and through its undersigned attorneys, files this Disclosure Statement under Rule 7.1 of the Federal Rules of Civil Procedure.

There is no parent corporation that owns Simpson Ventures, Inc. Furthermore, no other corporation owns 10% or more of the stock in Simpson Ventures, Inc. Finally, there are no subsidiaries or affiliates of Simpson Ventures, Inc.

Respectfully submitted,

s/ Robert T. Meadows, III_____
Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff SIMPSON VENTURES, INC.

OF COUNSEL

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
334.501.1540 (ph)
334.501.4512 (fax)


OF COUNSEL

Arthur A. Gardner
agardner@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
770.984.2300 (ph)
770.984.0098 (fax)


## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 22nd day of December, 2006:

Hon. Brett A. Ross
Hon. Gregory A. Brockwell
Carr Allison
Attorneys at Law
100 Vestavia Parkway
Birmingham, Alabama 35216

Hon. James Hinshaw
Hon. Daniel L. Boots
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204-4900

                                              s/Robert T. Meadows, III
                                              Of Counsel