IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC. )<br>)<br>Defendant. )<br>_____ )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC., )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>SIMPSON VENTURES, INC., )<br>)<br>Counterdefendant. ) | Civil Action File No. 3:06CV-901-WKW |

**<u>MID-WEST METAL'S DISCLOSURE STATEMENT UNDER RULE 7.1</u>**

Defendant and Counterclaimant Mid-West Metal Products, Inc., by and through its undersigned attorneys, states that no parent corporation or publicly held corporation owns 10% or more of the stock of Mid-West Metal Products, Inc. Furthermore, Mid-West Metal Products, Inc. has no subsidiaries or affiliates.

Respectfully submitted,

s/Brett A. Ross
Brett A. Ross
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama  35216
(205) 822-2006

*Pro Hac Vice:*

James M. Hinshaw
Daniel L. Boots
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
(317) 635-8900

Case 3:06-cv-00901-WKW-WC     Document 16     Filed 01/02/2007     Page 2 of 3

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2007, a copy of the foregoing "Mid-West Metal's Disclosure Statement Under Rule 7.1" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Robert T. Meadows
Capell & Howard, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
agardner@gardergroff.com
Gardner Groff Santos & Greenwald, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

                                                s/Brett A. Ross
                                                Brett A. Ross

Brett A. Ross
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 822-2006

James M. Hinshaw
Daniel L. Boots
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
(317) 635-8900

1115940