**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>MIDWEST METAL PRODUCTS )<br>COMPANY, INC. )<br>)<br>*Defendant.* ) | Civil Action File No:<br>06-cv-00901-WKW-VPM |

### REPORT OF THE PARTIES' PLANNING MEETING

1. **Rule 26(f) Meeting**: Pursuant to Fed. R. Civ. P. 26(f), a meeting was held telephonically on January 10, 2007, and was attended by:

    a) Arthur A. Gardner
       Attorney for Plaintiff

    b) James M. Hinshaw
       Attorney for Defendant

2. **Pre-Discovery Disclosures**: The parties will exchange by **February 9, 2007,** the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan**: The parties jointly propose to the Court the following discovery plan:

    (a) **Topics**: Discovery will be needed on the following subjects:

    **By Plaintiff**: various matters presented by the pleadings including the construction and appearance of Defendant's product, the sales of same, profits from same, willfulness of Defendant's infringement, the substance of the opinions of Defendant's expert(s), etc.

    **By Defendant**: various matters presented by the pleadings including the validity, enforceability and/or scope of the Plaintiff's patent, the substance of the opinions of Plaintiff's expert(s), etc.

(b)    **Discovery Deadline**: All discovery commenced in time to be completed by **September 30, 2007.**

(c)    **Interrogatories**: Maximum of **30** interrogatories, including subparts, by each party to any other party. Responses due **30** days after service.

(d)    **Requests for Admission**: Maximum of **75** requests for admission, including subparts, by each party to any other party. Responses due **30** days after service.

(e)    **Requests for Production**: Maximum of **75** requests for production, including subparts, by each party to any other party. Responses due **30** days after service.

(f)    **Depositions**: Maximum of **10** depositions by the Plaintiff and **10** depositions by the Defendants. Each deposition is limited to a maximum of **7** hours (excluding expert witnesses) unless extended by agreement of the parties.

(g)    **Supplementation**: Supplementation under Rule 26(e) due within **14** days of knowledge of the need to supplement but not later than **10** days before the completion of discovery.

(h)    **Expert Testimony**: Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed. R. Civ. P. 26(a)(2)(B), from any specially retained or employed expert are due:

> From the Plaintiff: **May 25, 2007** and plaintiff shall make available its experts for deposition by **June 25, 2007.**

> From the Defendants by: **July 25, 2007** and defendant shall make available its experts for deposition by **August 25, 2007.**

4.    **Other Items:**

(a)    **Scheduling Conference:** The parties **do** request a scheduling conference with the Court before entry of the scheduling order.

(b) **Pretrial Conference:** The parties request a pretrial conference on or after **February 22, 2008.**

(c) **Pleadings and Parties**: Plaintiff should be allowed until **March 1, 2007** to join additional parties and **April 15, 2007** to amend the pleadings.

Defendants should be allowed until **March 1, 2007** to join additional parties and **April 15, 2007** to amend the pleadings.

(d) **Dispositive Motions:** All potentially dispositive motions must be filed by **November 8, 2007**.

(e) **Settlement:** Settlement cannot be evaluated prior to the parties conducting discovery and may be enhanced by the use of mediation at a later date.

(f) **Final Lists**: Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff(s) by **February 8, 2008**, from Defendant(s) by **February 8, 2008.** Parties should have **14** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a) (3).

(g) **Trial:** The case should be ready for trial on **March 10, 2008**.

/s/ Robert T. Meadows, III
Robert T. Meadows, III (MEA012)
Counsel for Defendant
**Capell & Howard, P.C.**
3120 Frederick Road, Suite B
P.O. Drawer 2268
Opelika, Alabama 36803
Telephone:(334) 501-1540
Facsimile: (334) 501-4512
E-mail: rtm@chlaw.com

Arthur A. Gardner- *pro hac vice*
Counsel for Simpson Ventures, Inc.
**Gardner Groff Santos & Greenwald, P.C**
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
Telephone (770) 984-2300
Facsimile: (770) 984-0098
Email: agardner@gardnergroff.com

| | |
|---|---|
| /s/ Brett A. Ross | James M. Hinshaw- *pro hac vice* |
| Brett A. Ross (ASB-6771-076B) | Daniels L. Boots-*pro hac vice* |
| Gregory A. Brockwell (ASB-9949-R49B) | Counsel for the Defendants |
| Counsel for the Defendants | **Bingham McHale, LLP** |
| **Carr Allison** | 2700 Market Tower |
| 100 Vestavia Parkway | 10 W. Market Street |
| Birmingham, Alabama 35216 | Indianapolis, Indiana 46204-4900 |
| Telephone: (205) 822-2006 | Telephone: (317) 635-8900 |
| Facsimile: (205) 822-4058 | Email: JHinshaw@binghammchale.com |
| Email: bar@carrallison.com | |
| gab@carrallison.com | |