IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SIMPSON VENTURES, INC.,              )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    CASE NO. 3:06-cv-901-WKW
                                     )
MID-WEST METAL PRODUCTS               
COMPANY, INC., *et al.,*             )
                                     )
        Defendants.                  )

# **O R D E R**

It is hereby ORDERED that this case is set for a scheduling conference on February 15, 2007

at 11:00 a.m. in Courtroom 2E of the Frank M. Johnson U. S. Courthouse Complex, One Church

Street, Montgomery, Alabama.

DONE this 2nd day of February, 2007.

            /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE