IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-00901-WKW |
| | ) |
| MIDWEST METAL PRODUCTS | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It is ORDERED that the February 15, 2007 scheduling conference is continued from 11:00 a.m. to **1:15 p.m.**

DONE this 14th day of February, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE