IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 FEB 15 P 2: 01
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| *Plaintiff,* | ) Civil Action File No: |
| | ) 06-cv-00901-WKW-VPM |
| v. | ) |
| | ) |
| MIDWEST METAL PRODUCTS COMPANY, INC. | ) |
| | ) |
| *Defendant.* | ) |

### MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

COMES NOW the Plaintiff, Simpson Ventures, Inc., by and through its undersigned attorney, and respectfully moves this Honorable Court to enter the Stipulated Protective Order which is attached hereto and as grounds therefor, says as follows:

1. This case involves allegations of patent infringement.

2. Certain categories of documents and information which may be produced or disclosed during this litigation relate to the confidential, commercial and proprietary information of the Plaintiff and/or Defendant including financial information, business plans and personnel and/or Human Resource information or files concerning current or former employees.

3. The parties have agreed that the attached Stipulated Protective Order may be entered by this Honorable Court to protect such information for both the Plaintiff and the Defendant.

SCANNED

4.   The entry of this Stipulated Protective Order will allow the parties to proceed with this case in an appropriate manner and will not prejudice either party nor will it delay the progress of the case.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff respectfully moves this Honorable Court to enter the Stipulated Protective Order which is attached hereto and made part hereof. The Plaintiff respectfully requests such other, different, and general relief to which it may be entitled under the circumstances.

Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff SIMPSON VENTURES, INC.

OF COUNSEL

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
334.501.1540 (ph)
334.501.4512 (fax)


OF COUNSEL

Arthur A. Gardner
agardner@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
770.984.2300 (ph)
770.984.0098 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __15th__ day of February, 2007, served an exact copy of the above and foregoing upon the following:

Hon. Brett A. Ross
Hon. Gregory A. Brockwell
**Carr Allison**
Attorneys at Law
100 Vestavia Parkway
Birmingham, Alabama 35216

James M. Hinshaw
Daniels L. Boots
**Bingham McHale, LLP**
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900


_____
Of Counsel