IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-00901-WKW |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Entry of Stipulated Protective Order (Doc. # 21), it is ORDERED that the motion is GRANTED.

The stipulated protective order will be entered.

DONE this 15th day of February, 2007.

                                                /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE