MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. KEITH WATKINS JUDGE                              AT MONTGOMERY, ALABAMA

DATE COMMENCED    FEBRUARY 15, 2007                   AT 1:15  A.M./P.M.

DATE COMPLETED    FEBRUARY 15, 2007                   AT 1:26  A.M./P.M.

```
SIMPSON VENTURES, INC.              )
        Plaintiff                   )         CIVIL ACTION NO.
                                    )
vs.                                 )         3:06cv901-WKW
                                    )
MID-WEST METAL PRODUCTS CO., INC.   )
        Defendant                   )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty. Arthur Gardner | X | Atty. James Hinshaw |
| Atty. Robert Meadows | X | Atty. Gregory Brockwell |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

Ann Roy                    Angela Reitler
Courtroom Clerk            Law Clerk

COURTROOM PROCEEDINGS:

**SCHEDULING CONFERENCE** – **Off the Record**

1:15 pm    Scheduling Conference commenced.
           Status of discovery stated for the record.  Scheduling Order to
           issue setting this case for March 10, 2008 trial term.
1:26 pm    Conference concluded.