IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ************************************************ ) | Civil Action No. 3:06-CV-901-WKW |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

**MOTION TO WITHDRAW**

COMES NOW attorney Daniel L. Boots (hereinafter "Movant") of the law firm of Bingham • McHale, LLP, and hereby moves to withdraw as counsel for the Defendant / Counterclaim Plaintiff, Midwest Metal Products Company, Inc. In support thereof, Movant states that Midwest Metal Products will continue to be represented by attorneys James M. Hinshaw, Brett A. Ross, and Gregory A. Brockwell, and no party will be prejudiced by said withdrawal.

Respectfully submitted,

/s/ Daniel L. Boots
DANIEL L. BOOTS, Movant

**OF COUNSEL:**

Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
(317) 635-8900

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 11th day of July, 2007:

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900

Brett A. Ross
Gregory A. Brockwell
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

                                                  /s/ Daniel L. Boots
                                                  Of Counsel