IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff / Counterclaim Defendant, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-901-WKW |
| | ) |
| MIDWEST METAL PRODUCTS COMPANY, INC.., | ) |
| | ) |
| Defendant / Counterclaim Plaintiff | ) |

### ORDER

Upon consideration of Daniel L. Boots' Motion to Withdraw, it is ORDERED that the motion is GRANTED.

DONE this 16th day of July, 2007.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE