IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SIMPSON VENTURES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV901-WKW |
| | ) | |
| MID-WEST METAL PRODUCTS | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of Mid-West Metal Products, Inc.'s Motion to Compel (Doc. #28), filed on July 27, 2007, and for the reasons provided in that motion, it is

ORDERED that the motion (Doc. #28) is GRANTED.  Simpson Ventures, Inc. shall produce the requested information and documents in response to Defendant's Interrogatory Numbers 14-28 **on or before August 7, 2007**.  It is further

ORDERED that Plaintiff may file a motion for reconsideration of this Order **on or before August 7, 2007**.  It is further

ORDERED that the Honorable W. Keith Watkins, United States District Court Judge, will enter an Order on Defendant's Motion for an Extension of Expert Disclosure Deadlines.

DONE this 31st day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

2