IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06CV901-WKW |
| | ) |
| MID-WEST METAL PRODUCTS COMPANY, INC. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**AMENDED ORDER ON MOTION**

Upon consideration of Mid-West Metal Products, Inc.'s Motion to Compel and Motion for an Extension of Expert Disclosure Deadlines (Doc. #28), filed on July 27, 2007, it is

ORDERED that the motion (Doc. #28) is GRANTED IN PART with respect **only** to the motion to compel for the reasons Defendant provided.[1]  Simpson Ventures, Inc. shall produce the requested information and documents in response to Defendant's Interrogatory Numbers 14-28 **on or before August 7, 2007**.  It is further

ORDERED that Plaintiff may file a motion for reconsideration of this Order **on or before August 7, 2007**.

---

[1]This Order makes **no ruling** on Defendant's Motion for an Extension of Expert Disclosure Deadlines.  The Honorable W. Keith Watkins, United States District Court Judge, will enter an Order ruling on that motion.

DONE this 1st day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE