IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC.,           ) | |
|                                                          ) | |
|       Plaintiff,                              ) | |
|                                                          ) | |
|       v.                                         ) | CASE NO. 3:06-cv-00901-WKW |
|                                                          ) | |
| MIDWEST METAL PRODUCTS   ) | |
| COMPANY, INC.,                         ) | |
|                                                          ) | |
|       Defendant.                         ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Extension of Expert Disclosure Deadlines (Doc. # 28), it is ORDERED that the motion is GRANTED. The deadline for the defendant's expert disclosures on liability and damages is extended to **August 22, 2007.**

DONE this 3rd day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE