IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV901-WKW |
| ) | |
| MID-WEST METAL PRODUCTS ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

This Court previously granted Mid-West Metal Products, Inc.'s Motion to Compel (Doc. #30). Subsequently, Simpson Ventures, Inc. (Simpson) filed a Motion (Doc. #31) for Reconsideration on August 2, 2007, to which Mid-West Metal Products, Inc. (Mid-West) filed a response in opposition (Doc. #33). Upon consideration of the parties' arguments in support and in opposition of the motion, and for the reasons previously stated in Order of August 1, 2007, (Doc. #30), it is

ORDERED that the motion (Doc. #31) is DENIED. District courts are given broad discretion in managing pretrial discovery matters. Perez v. Miami-Dade County, 297 F.3d 1255, 1263-64 (11th Cir. 2002). The undersigned notes that a review of the parties' interrogatories reveal that they both utilized subparts. Simpson's argument, therefore is disingenuous. Simpson shall produce the requested information and documents in response to Defendant's Interrogatory Numbers 14-28 **on or before August 15, 2007**.

DONE this 9th day of August, 2007.

                        /s/ Wallace Capel, Jr.
                        WALLACE CAPEL, JR.
                        UNITED STATES MAGISTRATE JUDGE