IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
|    Plaintiff / Counterclaim Defendant, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-901-WKW |
| | ) |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) |
| | ) |
|    Defendant / Counterclaim Plaintiff | ) |
| | ) |

**ORDER**

Before the court is Robert T. Meadows, III's Motion to Admit Counsel *Pro Hac Vice* (Doc. # 35) of Joseph Wendell Staley. Upon due consideration it is ORDERED that the motion is GRANTED.

DONE this 29th day of August, 2007.

                                                /s/ W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE