IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-CV-901-WKW |
| | ) |
| MIDWEST METAL PRODUCTS | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Comes now the Defendant, Midwest Metal Products Company, Inc., by and through its undersigned counsel, who is a member in good standing of this Court, and moves the Court to allow Neal Bowling of the law firm of Bingham • McHale, LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204-4900 to appear of record in the above-entitled cause and participate *pro hac vice* in this civil action pursuant to Local Rule 83.1(b). As grounds for this motion, Midwest Metal Products Company shows the Court as follows:

1. Neal Bowling is an attorney licensed to practice law in the State of Indiana, having been admitted in 1996. He is a member in good standing of the bar of Indiana. He is admitted to practice in the United States District Court for the Southern District of Indiana as evidenced by the Certificate of Good Standing which is attached hereto and made a part hereof as "Exhibit A." Concurrent with the filing of this motion, Mr. Bowling has paid the $20.00 fee for his admission *pro hac vice*.

2. Mr. Bowling is familiar with the law, facts and procedures related to the subject matter of this litigation and his law firm has represented Midwest Metal Products Company previously.

WHEREFORE, THE PREMISES CONSIDERED, Midwest Metal Products Company moves this Court to enter an order permitting Neal Bowling of the law firm of Bingham • McHale, LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204-4900 to appear of record and participate *pro hac vice* before the United States District Court for the Middle District of Alabama for the purpose of representing Midwest Metal Products Company.

Respectfully submitted,

*/s/ Brett A. Ross*

BRETT A. ROSS (ASB-6771-O76B)
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorneys for Defendant Midwest Metal Products, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-2057 (Facsimile)
E-mail: bar@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 27th day of September, 2007:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

*/s/ Brett A. Ross*
Of Counsel

# EXHIBIT A
# CERTIFICATE OF GOOD STANDING
# FOR NEAL BOWLING

*United States District Court*
*For the Southern District of Indiana*



# CERTIFICATE OF GOOD STANDING

*I, Laura A. Briggs, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that*

**JOSEPH NEAL BOWLING**

*was duly admitted and qualified as an Attorney and Counselor of said Court on November 4, 1996, and is in good standing as a member of the bar of said Court. Furthermore, no pending disciplinary action is on record.*

*Clerk of the United States District Court*

By: *Dan Habing*
*Deputy Clerk*

**Issued:** August 22, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-CV-901-WKW |
| | ) |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion for Neal Bowling to Appear Pro Hac Vice, it is hereby ORDERED that the motion be GRANTED.

DONE this _____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000554
Cashier ID: brobinso
Transaction Date: 09/28/2007
Payer Name: BINGHAM MCHALE LLP
------------------------------------
PRO HOC VICE
 For: JOSEPH NEAL BOWLING
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 16682
 Amt Tendered:   $20.00
------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00

PHV JOSEPH NEAL BOWLING
DALM306CV000901
```