# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SIMPSON VENTURES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-901-WKW |
| | ) |
| **MIDWEST METAL PRODUCTS** | ) |
| **COMPANY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Motion to Admit Counsel *Pro Hac Vice* (Doc. # 37) of Neal Bowling, filed on September 28, 2007, it is ORDERED that the motion is GRANTED.

DONE this 1st day of October, 2007.

                                          /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE