IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-901-WKW |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Both parties in this case seek to extend discovery deadline but cannot agree on how for the deadline should be extended. The parties also agree that mediation could be beneficial but disagree about when the mediation should be completed. In granting the following extensions, the court notes this case was filed exactly one year ago, and the trial date has not yet been continued. It is ORDERED that:

1. The deadline for completion of discovery is continued from **September 30, 2007** to **January 18, 2008**.

2. The parties are to conclude mediation and file a joint mediation status report by **November 30, 2007**.

3. The deadline for dispositive motions is continued generally, pending the mediation report.

DONE this 9th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE