## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## <u>EASTERN DIVISION</u>

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. 306CV-901-WKW |
| v. ) | |
| ) | **Demand for Jury Trial** |
| MID-WEST METAL PRODUCTS ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| MID-WEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Counterdefendant. ) | |

## <u>JOINT REPORT ON MEDIATION STATUS</u>

Mid-West Metal Products Company, Inc. ("Mid-West"), and Simpson Ventures Inc. ("Simpson Ventures"), by counsel, submit the following Joint Report on Mediation Status:

1.  On October 9, 2007, the Court ordered the parties to participate in mediation and thereafter submit a joint status report by November 30, 2007.

2.  On November 16, 2007, the parties participated in a mediation conducted by an independent mediator in Chicago, Illinois.

3.  While the November 16, 2007 mediation did not result in an agreed resolution of this matter, the parties are continuing to discuss alternative resolutions.

4.      To that end, the parties have agreed to extend the discovery deadline (from January 18, 2008 to February 28, 2008) and to continue the trial date (March 10, 2008). Unless the Court directs otherwise, the parties will submit a motion regarding those extensions by way of a separately filed joint motion in the near future.


s/ *James M. Hinshaw*
James M. Hinshaw
J. Neal Bowling
BINGHAM MCHALE LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
(317) 635-8900
(317) 236-9907 (facsimile)
jhinshaw@binghammchale.com
nbowling@binghammchale.com

Brett A. Ross
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama  35216
(205) 949-2938
(205) 822-2057 (facsimile)
BAR@carrallison.com

*Attorneys for Defendant/Counterclaimant, Mid-West Metal Products Company, Inc.*

s/ *Arthur A. Gardner* (as approved)
Arthur A. Gardner
GARDNER GROFF GREENWALD
 & VILLANUEVA, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
agardner@gardnergroff.com

Robert T. Meadows
CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
rtm@chlaw.com

  *Attorneys for Simpson Ventures, Inc.*

1210455