IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-901-WKW |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that this matter is SET for a phone status conference on **December 17, 2007, at 9:30 a.m. (CST)**, to be arranged by counsel for the plaintiff.

DONE this 14th day of December, 2007.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE