IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. 306CV-901-WKW |
| v. | ) | |
| | ) | **Demand for Jury Trial** |
| MID-WEST METAL PRODUCTS COMPANY, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MID-WEST METAL PRODUCTS COMPANY, INC., | ) ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SIMPSON VENTURES, INC., | ) | |
| | ) | |
| Counterdefendant. | ) | |

<u>**JOINT MOTION FOR CONTINUANCE**</u>

Defendant/Counterclaimant Mid-West Metal Products Company, Inc. ("Mid-West"), and Plaintiff/Counterdefendant Simpson Ventures Inc. ("Simpson Ventures"), each by counsel, do hereby jointly request that the Court continue the trial date in this matter (presently scheduled for the March 10, 2008 docket) and extend the discovery cut-off date (presently scheduled for January 18, 2008), and re-set the remaining pre-trial deadlines (including dispositive motions). In support of this Joint Motion, the parties state the following:

    1.    This action is presently scheduled for trial on the Court's March 10, 2008, docket.

2. As reported during the conferences with the Court on October 4, 2007, and on December 17, 2007, the parties have been engaged in paper discovery and expert witness discovery, but no depositions have yet been taken. The parties have instead concentrated their efforts on attempting to resolve this dispute by agreement. To that end, and pursuant to this Court's Order of October 9, 2007, the parties engaged in a mediation session with an independent mediator in Chicago, on November 16, 2007. While that mediation did not result in an agreed resolution, the parties are continuing to discuss alternative resolutions of this dispute, as well as resolution of a related but separate lawsuit. In addition, in light of the Federal Circuit's decision on November 29, 2007, to review *en banc* the Egyptian Goddess, Inc. v. Swisa, Inc., 498 F.3d 1354 (Fed.Cir. 2007), panel decision, the law regarding design patent infringement may change.

3. The parties have thus agreed that a continuance of the March 10, 2008 trial date would be appropriate, as well as an extension of the discovery cut-off date, and the other pre-trial dates.

4. In light of the Court's decision to continue the trial date to the Court's December 2008 term, the parties jointly request that the February 1, 2008 pre-trial conference be vacated, that the discovery deadline be extended to May 1, 2008, that the dispositive motions deadline be extended to September 15, 2008, and that the other remaining pre-trial dates be re-established by the Court accordingly.

s/ *James M. Hinshaw*
James M. Hinshaw
J. Neal Bowling
BINGHAM MCHALE LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
(317) 635-8900
(317) 236-9907 (facsimile)
jhinshaw@binghammchale.com
nbowling@binghammchale.com


Brett A. Ross
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama  35216
(205) 949-2938
(205) 822-2057 (facsimile)
BAR@carrallison.com

*Attorneys for Defendant/Counterclaimant,
Mid-West Metal Products Company, Inc.*

1210865

s/ *Arthur A. Gardner* (as approved)
Arthur A. Gardner
GARDNER GROFF GREENWALD
 & VILLANUEVA, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
agardner@gardnergroff.com


Robert T. Meadows
CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
rtm@chlaw.com

 *Attorneys for Simpson Ventures, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>

| | |
|---|---|
| SIMPSON VENTURES, INC.,           )<br>                                                      )<br>      Plaintiff,                              )<br>                                                      )<br>      v.                                          )<br>                                                      )<br>MID-WEST METAL PRODUCTS     )<br>COMPANY, INC.                              )<br>                                                      )<br>      Defendant.                            )<br>_____)<br>                                                      )<br>MID-WEST METAL PRODUCTS     )<br>COMPANY, INC.,                            )<br>                                                      )<br>      Counterclaimant,                 )<br>                                                      )<br>      v.                                          )<br>                                                      )<br>SIMPSON VENTURES, INC.,           )<br>                                                      )<br>      Counterdefendant.              )  | Civil Action File No. 306CV-901-WKW<br><br>**Demand for Jury Trial** |

<u>**ORDER ON JOINT MOTION FOR CONTINUANCE**</u>

Plaintiff/Counterdefendant Simpson Ventures, Inc., and Defendant/Counterclaimant Mid-West Metal Products Company, Inc., have filed their Joint Motion for Continuance, and the Court having considered said Motion and, being duly advised in the premises, now finds it should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the March 10, 2008 trial date shall be continued to the Court's December 2008 term, the pre-trial conference of February 1, 2008 is vacated, the discovery deadline shall be extended to May 1, 2008, and the other remaining pre-trial dates (including dispositive motions) set forth in the Uniform Scheduling Order entered May 22, 2007, are re-established as follows:

| | |
|---|---|
| Dispositive Motions (Section 2) | September 15, 2008 |
| Final Pre-Trial Conference (Section 1) | _____, 2008 |
| Final Witness List (pursuant to FRCP 26(a)(3)) (Section 9) | _____, 2008 |
| Final Exhibit List (pursuant to FRCP 26(a)(3)) (Section 11) | _____, 2008 |
| Deposition Designations (Section 10) | _____, 2008 |

Dated: _____

_____
JUDGE, United States District Court
For the Middle District of Alabama
Eastern Division

Copies to:

Arthur A. Gardner
GARDNER GROFF GREENWALD
    & VILLANUEVA, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
agardner@gardnergroff.com

Robert T. Meadows
CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
rtm@chlaw.com

James M. Hinshaw
J. Neal Bowling
BINGHAM MCHALE LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
(317) 635-8900
(317) 236-9907 (facsimile)
jhinshaw@binghammchale.com
nbowling@binghammchale.com

Brett A. Ross
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama  35216
(205) 949-2938
(205) 822-2057 (facsimile)
BAR@carrallison.com

1210866