IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
| | ) | |
| Plaintiff/ Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-901-WKW |
| | ) | |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) ) | |
| | ) | |
| Defendant/ Counterclaim Plaintiff. | ) | |

**ORDER**

Upon consideration of the Joint Motion for Continuance (Doc. # 42), it is ORDERED that the motion is GRANTED. It is ORDERED that the Uniform Scheduling Order (Doc. # 25) is amended as follows:

1. The trial date is continued from the **March 10, 2008** trial term to the **December 15, 2008** trial term.

2. The final pretrial conference is continued from **February 1, 2008** to **November 7, 2008**.

3. The dispositive motion deadline is continued to **August 11, 2008.**

4. The discovery deadline is continued from **January 18, 2008** to **May 1, 2008**.

5. The final witness list deadline is continued from **February 8, 2008** to **November 6, 2008.**

6. The deposition designation deadline is continued from to **February 11, 2008** to November **6, 2008.**

7. The final exhibit list deadline is continued from **February 11, 2008** to **November**

      **6, 2008**.

8. All provisions of the Uniform Scheduling Order (Doc. # 25) not modified herein remain in effect.

DONE this 2nd day of January, 2008.

                                  /s/  W.  Keith Watkins
                                UNITED STATES DISTRICT JUDGE