**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **SIMPSON VENTURES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MIDWEST METAL PRODUCTS** ) | |
| **COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ************************************************* ) | **Civil Action No. 3:06-CV-901-WKW** |
| ) | |
| **MIDWEST METAL PRODUCTS** ) | |
| **COMPANY, INC.,** ) | |
| ) | |
| **Counterclaimant,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SIMPSON VENTURES, INC.,** ) | |
| ) | |
| **Counterdefendant.** ) | |

---

## MOTION TO WITHDRAW

---

COMES NOW Attorney Gregory A. Brockwell and hereby moves to withdraw as counsel of record for Midwest Metal Products Company, Inc. in the above-referenced matter, stating as grounds that (1) Attorney Brockwell is leaving his employment with Carr Allison for a position with another firm effective January 11, 2008; (2) Attorneys James M. Hinshaw and Brett A. Ross will remain lead counsel of record; and (3) no party will be prejudiced by said withdrawal.

Respectfully submitted,

 /s/ Gregory A. Brockwell
GREGORY A. BROCKWELL
*Attorney for Mid-West Metal*

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, AL 35216
Telephone:     (205) 822-2006
Facsimile:     (205) 822-2057
E-mail:           gbrockwell@carrallison.com

James M. Hinshaw
**BINGHAM MCHALE LLP**
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
Telephone:     (317) 635-8900
Facsimile:     (317) 236-9907
E-Mail:           jhinshaw@binghammchale.com

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 8th day of January, 2008:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, AL 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, GA 30339

                                                  /s/ Gregory A. Brockwell
                                                  Of Counsel

2