IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC.,                       ) | |
|       Plaintiff/ Counterclaim Defendant,    ) | |
| v.                                             ) | CASE NO. 2:06-cv-901-WKW |
| MIDWEST METAL PRODUCTS<br>COMPANY, INC.,       ) | |
|       Defendant/ Counterclaim Plaintiff.    ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 21) filed by defendant/ counterclaim plaintiff counsel Gregory A. Brockwell, it is ORDERED that the motion is GRANTED.

DONE this 9th day of January, 2008.

                                                /s/   W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE