IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-901-WKW |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

It is ORDERED that the plaintiff shall show cause in writing **on or before May 27, 2007**, why defendant's Motion to Extend Deadline for Certain Discovery and to Extend Deadline for Dispositive Motions should not be granted.

DONE this 16th day of May, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE