IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-901-WKW |
| | ) |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon careful consideration of the Defendant's Motion to Extend Deadline for Certain Discovery and to Extend Deadline for Dispositive Motions (Doc. # 46), it is ORDERED that the motion is DENIED.

DONE this 28th of May, 2008.

                                                 /s/  W.  Keith Watkins
                                             UNITED STATES DISTRICT JUDGE