# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
|     *Plaintiff*, ) | |
| v. ) | |
| ) | |
| MID-WEST METAL ) | |
| PRODUCTS ) | |
| COMPANY, INC. ) | |
|     *Defendant*. ) | |
| _____) | Case No. 06-cv-00901-WKW-VPM |
| ) | |
| MID-WEST METAL ) | |
| PRODUCTS ) | |
| COMPANY, INC., ) | |
|     *Counterclaimant*, ) | |
| v. ) | |
| ) | |
| SIMPSON VENTURES, INC., ) | |
|     *Counterdefendant*. ) | |
| _____) | |

## PLAINTIFF'S MOTION TO
## COMPEL AND FOR OTHER RELIEF

COMES NOW the Plaintiff, SIMPSON VENTURES, INC. ("Simpson") by counsel, and hereby moves to compel discovery in the form of the retaking of the deposition testimony of Brenda Bartlett. Plaintiff hereby moves for other relief in the form of costs, expenses and attorney's fees associated with the retaking of the deposition of Brenda Bartlett. In support of this Motion, Plaintiff also submits a Memorandum of Law.

Plaintiff does hereby respectfully request that the Court issue an order that:

a. compels the retaking of the Deposition of Brenda Bartlett;

b. allows a jury instruction indicating that some of the testimony from Mid-West's employees may have been tainted by information related to them by Mid-West's counsel; and

c. orders Defendants MID-WEST METAL PRODUCTS COMPANY, INC. ("Mid-West") to pay costs, expenses and attorney's fees related to the retaking of the Deposition of Brenda Bartlett.

Accordingly, a Proposed Order is attached hereto as **Exhibit A**.

Respectfully submitted this 15th day of June, 2008.

_/s/_ Arthur A Gardner_____
Arthur A. Gardner
GA Bar No. 283,995
Email: agardner@gardnergroff.com
GARDNER GROFF, GREENWALD
& VILLANUEVA, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
Tel: (770) 984-2300
Fax: (770) 984-0098
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2008, I electronically filed the foregoing PLAINTIFF'S MOTION TO COMPEL AND FOR OTHER RELIEF with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

    James M. Hinshaw
    Bingham McHale LLP
    2700 Market Tower
    10 W. Market Street
    Indianapolis, IN  46204-4900
    (317) 635-8900
    Pro Hac Vice

    Brett A. Ross
    Carr Allison
    100 Vestavia Parkway
    Birmingham, Alabama  35216
    (205) 822-2006

    ***Attorneys for Defendant***

                                      __/s/ Arthur A Gardner_____

                                      Arthur A. Gardner
                                      GA Bar No. 283,995
                                      Email:  agardner@gardnergroff.com
                                      GARDNER GROFF, GREENWALD
                                      & VILLANUEVA, P.C.
                                      2018 Powers Ferry Road, Suite 800
                                      Atlanta, Georgia 30339
                                      Tel:  (770) 984-2300
                                      Fax:  (770) 984-0098
                                      ***Attorneys for Plaintiff***

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>**

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>    *Plaintiff*, )<br>v. )<br> )<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC. )<br>    *Defendant*. )<br>_____ )<br> )<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC., )<br>    *Counterclaimant*, )<br>v. )<br> )<br>SIMPSON VENTURES, INC., )<br>    *Counterdefendant*. )<br>_____ ) | Case No. 06-cv-00901-WKW-VPM |

**<u>[PROPOSED] ORDER</u>**

This Court having reviewed and considered the Plaintiff's Motion to Compel and for Other Relief and the Defendant's Opposition thereto, hereby orders:

    a. that Plaintiff is hereby allowed to retake the deposition of Brenda Bartlett;

    b. Plaintiff shall be entitled to a jury instruction indicating that some of the testimony from Mid-West's employees may have

been tainted by information related to them by Mid-West's counsel; and

c. Defendants MID-WEST METAL PRODUCTS COMPANY, INC. ("Mid-West") to pay costs, expenses and attorney's fees related to the retaking of the Deposition of Brenda Bartlett and the bringing of the present Motion to Compel by Plaintiff.

SO ORDERED, THIS \_\_\_\_ DAY OF JUNE, 2008.

_____