IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:06cv901-WKW |

## ORDER

On June 15, 2008, Plaintiff Simpson Ventures, Inc. moved the Court to compel (Doc. #51) the following:

(1) the retaking of the Deposition of Brenda Bartlett;

(2) a jury instruction indicating some of the testimony from Mid-West's employees may have been tainted by information related to them by Mid-West's counsel; and

(3) Defendants to pay costs, expenses and attorney's fees related to the retaking of the Deposition of Brenda Bartlett.

Upon consideration of the Motion, it is

ORDERED that Defendants shall show cause in writing **on or before June 23, 2008,** why this Court should not grant the Motion (Doc #51).

DONE this 16th day of June, 2008.

                                                         /s/ Wallace Capel, Jr.
                                                         WALLACE CAPEL, JR.
                                                         UNITED STATES MAGISTRATE JUDGE