IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv901-WKW |
| | ) |
| MID-WEST METAL PRODUCTS | ) |
| COMPANY, INC. | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 15, 2008, Plaintiff Simpson Ventures, Inc. moved the Court to compel (Doc. #50) the following:

(1) the retaking of the Deposition of Brenda Bartlett;

(2) a jury instruction indicating some of the testimony from Mid-West's employees may have been tainted by information related to them by Mid-West's counsel; and

(3) Defendants to pay costs, expenses and attorney's fees related to the retaking of the Deposition of Brenda Bartlett.

Upon careful consideration of the Motion, Defendant's Response (Doc. #53), and Plaintiff's Reply (Doc. #54), it is

ORDERED that Motion (Doc. #50) is **set for a hearing on July 1, 2008, at 10:00 a.m**. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned

Magistrate Judge.

DONE this 24th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE