IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SIMPSON VENTURES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv901-WKW |
| | ) | |
| MID-WEST METAL PRODUCTS | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

On June 15, 2008, Plaintiff Simpson Ventures, Inc. moved the Court to compel

(Doc. #50) the following:

(1) the retaking of the Deposition of Brenda Bartlett;

(2) a jury instruction indicating some of the testimony from Defendant Mid-West

Metal Products Company, Inc.'s employees may have been tainted by information

related to them by Mid-West Metal Products Company, Inc.'s counsel; and

(3) Defendant to pay costs, expenses and attorney's fees related to the retaking of

the Deposition of Brenda Bartlett.

Defendant filed a Response, to which Plaintiff filed a Reply.  The Court then held a

hearing on the motion.  Because Plaintiff failed to provide direct evidence of coaching,

and because counsel withdrew the request for a jury instruction, the Court denies

Plaintiff's second and third requests for relief.  Nevertheless, the Court grants Plaintiff the

opportunity to question Ms. Bartlett again in accordance with the stipulations made by

counsel on July 1, 2008.  Accordingly, it is

     ORDERED that the Motion (Doc #50) is GRANTED IN PART and DENIED IN

PART.

     DONE this 1st day of July, 2008.

               /s/ Wallace Capel, Jr.
               WALLACE CAPEL, JR.
               UNITED STATES MAGISTRATE JUDGE