**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>**

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>       Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC. )<br>)<br>       Defendant/Counterclaimant. ) | Case No. 3:06-cv-901-WKW-VPM |

**<u>MID-WEST METAL'S COMBINED MOTIONS
FOR CLAIM CONSTRUCTION AND SUMMARY JUDGMENT</u>**

Mid-West Metal Products Company, Inc. ("Mid-West Metal"), by counsel, does hereby respectfully request that this Court (1) construe the claim that is the subject of the design patent at issue in this matter (the "156 Patent"), and (2) enter summary judgment in favor of Mid-West Metal and against Simpson Ventures, Inc.'s ("Simpson Venture").

With regard to claim construction, "[s]imilar to the infringement analysis of a utility patent, infringement of a design patent is evaluated in a two-step process. First, the court must construe the claims of the design patent to determine their meaning and scope. . . . Second, after construction of the patent's claims, the court is to compare the construed claims to the accused design." <u>Arminak and Associates, Inc., et al v. Saint-Gobain Calmar, Inc.</u>, 501 F.3d 1314, 1319-20 (Fed.Cir. 2007). "Our case law does not prohibit detailed claim construction of design patent drawings. It merely disapproves claim construction that goes beyond the novel, nonfunctional ornamental features visually represented by the claimed drawings, or that fails to encompass the claimed ornamental features of the design as a whole." <u>Id</u>., 501 F.3d at 1321. Claim

construction is necessary to evaluate the validity of the patent, as well. See, Trovan, Ltd. v. Sokymat SA, Irori:, 299 F.3d 1292, 1302 (Fed. Cir. 2002). Accordingly, the Court is required to verbalize the visual impression made by the drawings presented in the 156 Patent, and to not include therein features that appear in the patented design because they are dictated by functional purposes.

With regard to summary judgment, Mid-West Metal respectfully submits that it is entitled to summary judgment under Fed.R.Civ.P. 56 for the following three reasons:

- The Mid-West Metal products do not infringe the 156 Patent because they do not misappropriate any of the 156 Patent's alleged "points of novelty."

- The 156 Patent is invalid under 35 U.S.C. §103 because the design is obvious in light of the prior art.

- The 156 Patent is invalid under 35 U.S.C. §102(f) because Mr. Simpson did not invent the depicted design.

In support of these combined motions, Mid-West Metal has filed contemporaneously herewith – and incorporates herein – its Brief in Support of Combined Motions for Claim Construction and Summary Judgment, and its Evidentiary Submission in Support of these Combined Motions.[1]

WHEREFORE, Mid-West Metal, by counsel, respectfully requests that this Court construe the design that is the subject of the 156 Patent, and to enter summary judgment in favor of Mid-West Metal and against Simpson Ventures, and for all other appropriate relief.

---

[1] The "brief" is not brief – it is 86 pages long. Mid-West Metal submits that the length of the brief, though, is appropriate due to the breadth of substantive issues that must be covered to properly resolve these motions in this patent infringement case - including claim construction and three separate grounds for summary judgment. In addition, substantial portions of the brief include graphic or visual materials – again, because of the visual nature of the design patent rights claimed here, and the prior art references that negate those claims. Mid-West Metal respectfully requests the Court's indulgence here, but if the Court finds the brief to be too cumbersome, then upon notification of such, Mid-West Metal would be pleased to present the materials to the Court in a different format (e.g., separating the brief into separate briefs to correspond with the different motions).

Respectfully submitted,

s/ *James M. Hinshaw*
James M. Hinshaw-pro hac vice
    Indiana Attorney No. 16744-49
Neal Bowling- pro hac vice,
    Indiana Attorney No. 19278-41
BINGHAM MCHALE, LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
Telephone: (317) 635-8900
Email: JHinshaw@binghammchale.com
       NBowling@binghammchale.com

Brett A. Ross
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 949-2938
Email: bross@carrallison.com

Counsel for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 29th day of July, 2008:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Joseph Staley
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

s/ *James M. Hinshaw*

1316941

3