RECEIVED

2008 AUG -1 A 11: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SIMPSON VENTURES, INC.,

Plaintiff/Counterdefendant,

v.

MID-WEST METAL PRODUCTS COMPANY, INC.

Defendant/Counterclaimant.

Case No. 3:06-cv-901-WKW-VPM

**MID-WEST METAL'S MOTION TO SEAL**

Mid-West Metal Products Company, Inc. ("Mid-West Metal"), by counsel, hereby moves the Court to seal Exhibits T-1, T-2, T-3, T-4, and U-1 that were designated (but not yet filed) as evidentiary materials in support of Mid-West Metal's Combined Motions for Claim Construction and Summary Judgment. In support of this Motion, Mid-West Metal states as follows:

1. On July 29, 2008, Mid-West Metal filed its Evidentiary Submission in Support of Combined Motions for Claim Construction and Summary Judgment, which designated Exhibits T-1, T-2, T-3, T-4, and U-1 as exhibits taken from Jeff Simpson's deposition. However, these exhibits were designated as confidential by opposing counsel, and thus subject to the Protective Order. Accordingly, the exhibits must be submitted to the Court under seal.

2. For the foregoing reason, Mid-West Metal respectfully submits Exhibits T-1, T-2, T-3, T-4, and U-1 to its Combined Motions for Claim Construction and Summary Judgment, for filing under seal.

WHEREFORE, Mid-West Metal, by counsel, respectfully requests that this Court seal Mid-West Metal's Exhibits T-1, T-2, T-3, T-4, and U-1 to its Combined Motions for Claim

Construction and Summary Judgment, and for all other appropriate relief.

Respectfully submitted,

James M. Hinshaw-pro hac vice
Indiana Attorney No. 16744-49
Neal Bowling- pro hac vice,
Indiana Attorney No. 19278-41
BINGHAM MCHALE, LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
Telephone: (317) 635-8900
Email: JHinshaw@binghammchale.com
NBowling@binghammchale.com

Brett A. Ross
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 949-2938
Email: bross@carrallison.com

*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above and foregoing has been sent to the following counsel of record by first class United States mail, postage prepaid, this 31st day of July 2008:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Joseph Staley
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

______________________________

1318226

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

SIMPSON VENTURES, INC.,
Plaintiff/Counterdefendant,

v.

MID-WEST METAL PRODUCTS COMPANY, INC.
Defendant/Counterclaimant.

Case No. 3:06-cv-901-WKW-VPM

**ORDER GRANTING MID-WEST METAL'S MOTION TO SEAL**

Mid-West Metal Products Company, Inc. ("Mid-West Metal"), having filed its Motion to Seal, and the Court having considered said Motion and being otherwise duly advised, now finds that Mid-West Metal's Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that Mid-West Metal's Exhibits T-1, T-2, T-3, T-4, and U-1 to its Combined Motions for Claim Construction and Summary Judgment shall be filed and maintained under seal until further order of the Court.

DATE: ________________

______________________________
JUDGE, United States District Court
Middle District of Alabama
Eastern Division

Copies to:

James M. Hinshaw-pro hac vice
Neal Bowling- pro hac vice
BINGHAM MCHALE, LLP
JHinshaw@binghammchale.com
NBowling@binghammchale.com

Brett A. Ross
CARR ALLISON
bross@carrallison.com

Robert T. Meadows, III
CAPELL & HOWARD, P.C.
rtm@chlaw.com

Arthur A. Gardner
Joseph Staley
GARDNER, GROFF, SANTOS & GREENWALD, P.C.
agardner@gardnergroff.com
jstaley@gardnergroff.com

1318289