**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**<u>EASTERN DIVISION</u>**

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MID-WEST METAL | ) | |
| PRODUCTS | ) | |
| COMPANY, INC. | ) | |
| Defendant. | ) | |
| | ) | Case No. 3:06-cv-00901 WKW-VPM |
| | ) | |
| MID-WEST METAL | ) | |
| PRODUCTS | ) | |
| COMPANY, INC., | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| | ) | |
| SIMPSON VENTURES, INC., | ) | |
| Counterdefendant. | ) | |

**MID-WEST METAL'S MOTION FOR PARTIAL**
**<u>SUMMARY JUDGMENT ON THE ISSUE OF DAMAGES</u>**

Defendant and Counter-claimant Mid-West Metal Products Company, Inc., by counsel, moves the Court, pursuant to Federal Rule of Civil Procedure 56, to enter judgment for Mid-West Metal and against Plaintiff and Counterdefendant Simpson Ventures, Inc. on an issue of damages, and states the following in support thereof:

1.      In this matter, Simpson Ventures has alleged that it holds the rights to Design Patent No. D483,156 ("the '156 Patent"), and that Mid-West Metal has infringed the same. Mid-West Metal contends that the '156 Patent is invalid, and otherwise denies that it has in any way infringed the '156 Patent, or is in any way liable to Simpson Ventures for any amount.

2.      However, assuming for the sake of argument (only) that Simpson Ventures were

to prevail against Mid-West Metal in its claim of infringement, Simpson Ventures would be entitled to recover two types of damages pursuant to 35 U.S.C. §284: lost profits and/or a reasonable royalty on all infringing sales by Mid-West Metal. As an alternative to damages, Simpson Ventures might seek recovery Mid-West Metal's profits on any infringing sales pursuant to 35 U.S.C. §289.

3.    As explained more fully in Mid-West Metal's Brief in Support of Motion for Partial Summary Judgment on the Issue of Damages, filed simultaneously with this motion, lost profits may consist of profits lost due to diverted sales, erosion of the prices which Simpson Ventures can charge, and/or loss of future sales. To recover any of these types of lost profits, Simpson must offer probative evidence (1) that it has incurred such damages, and (2) of the amount of such damages. Simpson Ventures cannot rely upon speculation to prove either.

4.    Simpson Ventures claims that it has suffered damages due to diverted sales and price erosion. However, Simpson Ventures cannot offer probative evidence of either. Therefore, the only damages that Simpson Ventures could possibly recover is a reasonably royalty on any (if any) infringing sales by Mid-West Metal.

5.    Mid-West Metal's Brief in Support of Motion for Partial Summary Judgment on the Issue of Damages, as well as its Evidentiary Submission in Support of Summary Judgment on the Issue of Damages, are being submitted to the Court simultaneously with this Motion. However, the Memorandum and the Evidentiary Submission contain confidential information which is protected by the stipulated Protective Order in this matter, and are thus being filed by hand under seal, and served upon counsel on the same date of this Motion.

WHEREFORE, Defendant Mid-West Metal Products, Inc. prays that the Court enter partial judgment against Plaintiff Simpson Ventures, Inc., to the effect that Simpson Ventures cannot recover lost profits as damages for any infringement (if any) by Mid-West Metal, and for all other just and appropriate relief.

Respectfully submitted,

 /s/ Neal Bowling
Neal Bowling- pro hac vice,
        Indiana Attorney No. 19278-41
James M. Hinshaw-pro hac vice
        Indiana Attorney No. 16744-49
Bingham McHale, LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
Telephone: (317) 635-8900
Email:  JHinshaw@binghammchale.com
        NBowling@binghammchale.com

Brett A. Ross
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama  35216
Telephone:  (205) 949-2938
Email:  bross@carrallison.com

Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 11th day of August, 2008:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama  36803

Arthur A. Gardner
Joseph Staley
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia  30339

 /s/ Neal Bowling
An Attorney for the Defendant

1313948 / 11128.64696