**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
<u>**EASTERN DIVISION**</u>

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| *Plaintiff*, ) | |
| v. ) | |
| ) | |
| MID-WEST METAL ) | |
| PRODUCTS ) | |
| COMPANY, INC. ) | |
| *Defendant.* ) | |
| _____) | Case No. 06-cv-00901-WKW-VPM |
| ) | |
| MID-WEST METAL ) | |
| PRODUCTS ) | |
| COMPANY, INC., ) | |
| *Counterclaimant*, ) | |
| v. ) | |
| ) | |
| SIMPSON VENTURES, INC., ) | |
| *Counterdefendant*. ) | |
| _____) | |

<u>**PLAINTIFF SIMPSON VENTURES, INC.'S**</u>
<u>**MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

COMES NOW the Plaintiff, Simpson Ventures, Inc. (hereinafter "Simpson") and files this Motion For Partial Summary Judgment, seeking partial summary judgment rulings of this Court regarding infringement of the patent-in-suit by the Defendant Mid-West Metal Products Company's ("Mid-West"), regarding validity of the patent-in-suit, and regarding certain of Mid-West's defenses. In support of

this Motion, Plaintiff also submits a Statement of Material Facts Not Genuinely in Dispute, a Memorandum of Law, and various supporting exhibits.

As detailed in the supporting Memorandum, Plaintiff Simpson moves for partial summary judgment on the following issues:

1) On the issue of infringement of Simpson's U.S. Design Patent No. D483,156 ("the '156 Patent") by the Mid-West Bay Isle pet home products (namely the Models 1824, 1830, 1836 and 1842):

   a) that the Bay Isle Models 1824, 1830, 1836 and 1842 satisfy the Gorham v. White "ordinary observer / substantial similarity" test for infringement of the '156 Patent;

   b) that the Bay Isle Models 1824, 1830, 1836 and 1842 satisfy the "point of novelty" test for infringement of the '156 Patent; and

   c) in light of items (a) and (b) above, that the Bay Isle Models 1824, 1830, 1836 and 1842 infringe the '156 Patent.

2) On the issue of validity of the '156 Patent:

   a) that the '156 Patent is "novel" and is not invalid under 35 U.S.C. §102 for anticipation in view of the prior art; and

   b) that the '156 Patent is not invalid under 35 U.S.C. §103 for obviousness in view of the prior art.

3) That Plaintiff's claims are not barred or defeated by certain of Defendant's affirmative defenses, as stated in the Defendant's Answer, namely:

   a) Public use / on-sale bar.

2

      b)    Inequitable conduct.

      c)    Laches.

      d)    Estoppel.

      e)    Compliance with 35 U.S.C. §§ 101 and 112.

Accordingly, Plaintiff does hereby respectfully request that the Court issue an order:

1. finding that the Mid-West Bay Isle Models 1824, 1830, 1836 and 1842 pet residences satisfy the Gorham test for infringement;

2. finding that the Mid-West Bay Isle Models 1824, 1830, 1836 and 1842 pet residences satisfy the "point of novelty" test for infringement;

3. finding that the Mid-West Bay Isle Models 1824, 1830, 1836 and 1842 pet residences infringe the patent-in-suit (the '156 Patent);

4. finding that the patent-in-suit is "novel" in light of the prior art and therefore is not invalid as anticipated under 35 U.S.C. Section 102;

5. finding that the patent-in-suit is "nonobvious" in light of the prior art and therefore is not invalid as obvious under 35 U.S.C. Section 103; and

6. finding that the following ones of Mid-West's affirmative defenses are not supported by substantial evidence such that no reasonable jury could find in favor of Mid-West on those defenses, and that the Plaintiff's claims are not barred or defeated by those defenses:

a) Public use / on-sale bar;

b) Inequitable conduct;

c) Laches;

d) Estoppel; and

e) Compliance with 35 U.S.C. §§ 101 and 112.

Respectfully submitted this 11th day of August, 2008.

_/s/_ Arthur A Gardner_____
Arthur A. Gardner
GA Bar No. 283,995
Email: agardner@gardnergroff.com
GARDNER GROFF, GREENWALD
& VILLANUEVA, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
Tel: (770) 984-2300
Fax: (770) 984-0098
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, I electronically filed the foregoing PLAINTIFF SIMPSON VENTURES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

    James M. Hinshaw
    Bingham McHale LLP
    2700 Market Tower
    10 W. Market Street
    Indianapolis, IN  46204-4900
    (317) 635-8900
    Pro Hac Vice

    Brett A. Ross
    Carr Allison
    100 Vestavia Parkway
    Birmingham, Alabama  35216
    (205) 822-2006

    ***Attorneys for Defendant***

                              __/s/ Arthur A Gardner_____

                              Arthur A. Gardner
                              GA Bar No. 283,995
                              Email:  agardner@gardnergroff.com
                              GARDNER GROFF, GREENWALD
                              & VILLANUEVA, P.C.
                              2018 Powers Ferry Road, Suite 800
                              Atlanta, Georgia 30339
                              Tel:  (770) 984-2300
                              Fax:  (770) 984-0098
                              ***Attorneys for Plaintiff***