IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff/ Counterclaim Defendant,) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-901-WKW |
| ) | |
| MID-WEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant/ Counterclaim Plaintiff.) | |
| ) | |

## **ORDER**

Defendant Mid-West Metal Products Company, Inc. ("Mid-West Metal") has filed a Motion to Correct Brief in Support of Combined Motions for Claim Construction and Summary Judgment (Doc. # 61) and a Motion to Seal (Doc. # 62). It is ORDERED that the Motion to Correct Brief (Doc. # 61) is GRANTED, and the corrected brief is deemed filed. It is further ORDERED that Plaintiff file a response to the Motion to Seal (Doc. # 62) in writing **on or before August 19, 2008.**

DONE this 12th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE