IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
|     Plaintiff/ Counterclaim Defendant, | ) ) ) |
| v. | )   CASE NO. 3:06-cv-901-WKW |
| MID-WEST METAL PRODUCTS COMPANY, INC., | ) ) ) ) |
|     Defendant/ Counterclaim Plaintiff. | ) ) |

**BRIEFING ORDER**

There are currently pending in this case three motions for summary judgment (Docs. # 58, # 66 & # 67) and one motion in limine (Doc. # 63). For these motions, it is ORDERED that:

1. An opponent's **response brief** and any evidentiary submission shall be **due on or before September 2, 2008.**

2. A movant's **reply brief**, if any, shall be **due on or before September 16, 2008.**

3. The motions shall be under submission on the due date of the reply brief. A hearing on these motions is SET for **October 14, 2008, at 2:00 p.m.** in Courtroom 2-E of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

4. Briefs in support of or in opposition to any motion generally **should not exceed 25 pages.** In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.

5. The parties are required to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.

6. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

7. Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

8. Failure to comply strictly with this Order for all future filings may result in the striking of the filing or other appropriate sanctions.

DONE this 12th day of August, 2008.

　　　　　　　　　　　　　　　　　　 /s/  W. Keith Watkins　　　　　　　　
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE