IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 AUG 11  P 3: 54

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　)<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC. )<br>　　　　Defendant. )<br>_____)<br>　　　　　　　　　　　　　)<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC., )<br>　　　　Counterclaimant, )<br>v. )<br>　　　　　　　　　　　　　)<br>SIMPSON VENTURES, INC., )<br>　　　　Counterdefendant. )<br>_____) | Case No. 06-cv-00901 WKW-VPM |

## MID-WEST METAL'S MOTION TO SEAL

Defendant and Counter-claimant Mid-West Metal Products Company, Inc., by counsel, moves the Court to seal Mid-West Metal's Brief in Support of Motion for Partial Summary Judgment on the Issue of Damages and Mid-West Metal's Evidentiary Submission in Support of Motion for Summary Judgment on Damages, and states the following in support thereof:

1. Mid-West Metal is tendering to the Court for filing its Brief in Support of Motion for Partial Summary Judgment on the Issue of Damages and its Evidentiary Submission in Support of Motion for Summary Judgment on Damages. Both of these documents contain confidential information that is subject to the stipulated protective order in this matter.

WHEREFORE, Defendant Mid-West Metal Products, Inc. prays that the Court seal Mid-West Metal's Brief in Support of Motion for Partial Summary Judgment on the Issue of

Damages and Mid-West Metal's Evidentiary Submission in Support of Motion for Summary Judgment on Damages, and for all other just and appropriate relief.

                                              Respectfully submitted,

                                              Brett A. Ross
                                              Carr Allison
                                              100 Vestavia Parkway
                                              Birmingham, Alabama 35216
                                              Telephone: (205) 949-2938
                                              Email: bross@carrallison.com

                                              Neal Bowling- pro hac vice,
                                                    Indiana Attorney No. 19278-41
                                              James M. Hinshaw-pro hac vice
                                                    Indiana Attorney No. 16744-49
                                              Bingham McHale, LLP
                                              2700 Market Tower
                                              10 W. Market Street
                                              Indianapolis, Indiana 46204-4900
                                              Telephone: (317) 635-8900
                                              Email: JHinshaw@binghammchale.com
                                                      NBowling@binghammchale.com

                                              Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the foregoing were served upon the following counsel of record on this the 11th day of August, 2008 via United States Mail:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Joseph Staley
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

/s/
An Attorney for the Defendant

1321020 / 11128.64696