IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2009 AUG 13 ⊃ 3: 37

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MID-WEST METAL PRODUCTS | ) | |
| COMPANY, INC. | ) | |
| | ) | |
|     Defendant. | ) | Civil Action No. 3:06-cv-901 WKW |
| | ) | |
| MID-WEST METAL PRODUCTS | ) | |
| COMPANY, INC., | ) | |
| | ) | |
|     Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SIMPSON VENTURES, INC., | ) | |
| | ) | |
|     Counterdefendant. | ) | |

## SIMPSON VENTURES, INC'S MOTION TO SEAL

Simpson Ventures, Inc. (hereinafter "Simpson"), by counsel, hereby moves the Court to seal Exhibits D, E, F, G, I, L, M, P and Q that were designated (but not yet filed) as evidentiary materials in support of Simpson's Partial Motion for Summary Judgment. In support of this Motion, Simpson Ventures states as follows:

1.    On August 11, 2008, Simpson filed its Memorandum in Support of Plaintiff Simpson Ventures Inc's Motion for Partial Summary Judgment which designated Exhibits A-Q. Exhibits D, E, F, G, I, L, M, P and Q have been previously designated as confidential by the parties, and thus are subject to the Protective Order in this case. Accordingly, the exhibits must be submitted to the Court under seal.

2.    For the foregoing reason, Simpson respectfully submits Exhibits D, E, F, G I, L, M, P and Q to its Memorandum in Support of Plaintiff Simpson Ventures Inc's Motion for Partial Summary Judgment for filing under seal.

WHEREFORE, THE PREMISES CONSIDERED, Simpson respectfully requests that this Court seal Simpson's Exhibits D, E, F, G, I, L, M, P and Q to its Memorandum in Support of Plaintiff Simpson Ventures Inc's Motion for Partial Summary Judgment. Simpson respectfully requests such other, different and general relief to which it may be entitled under the circumstances.

Respectfully submitted,

Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff SIMPSON
VENTURES, INC.

OF COUNSEL

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
334.501.1540 (ph)
334.501.4512 (fax)

OF COUNSEL

Arthur A. Gardner
agardner@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
770.984.2300 (ph)
770.984.0098 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 13th day of August, 2008:

Mr. Brett A. Ross, Esq.
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
bar@carrallison.com
gab@carrallison.com

Pro Hac Vice:

Mr. James M. Hinshaw, Esq.
Mr. Neal Bowling, Esq.
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900

Attorneys for Defendant Mid-West Metal Products Company, Inc.

OF COUNSEL