IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>Plaintiff/ Counterclaim Defendant,)<br>)<br>v.  )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC., )<br>)<br>Defendant/ Counterclaim Plaintiff.)<br>) | CASE NO. 3:06-cv-901-WKW |

## **ORDER**

Plaintiff Simpson Ventures, Inc., has filed a Motion to Correct Memorandum and Statement of Material Facts in Support of Motion for Partial Summary Judgment (Doc. # 72). It is ORDERED that the motion is GRANTED, and the corrected versions which were attached to the motions, are deemed filed.  Defendant Mid-West Metal has also filed a second Motion to Seal (Doc. # 76).  It is ORDERED that Plaintiff show cause in writing **on or before August 21, 2008**, why the motion to seal should not be granted.

DONE this 14th day of August, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE