IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-901-WKW |
| | ) |
| MID-WEST METAL PRODUCTS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

In light of the parties' oral notice that they have reached an agreement to settle this matter, it is ORDERED that all deadlines scheduled in the amended Uniform Scheduling Order (Doc. # 43) are suspended until further notice by the court, and that the parties shall file their joint stipulation of dismissal **on or before September 12, 2008**.

DONE this 25th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE